**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RILEY JOHANNESSOHN, DANIEL C. BADILLA, JAMES KELLEY, RONALD KRANS, KEVIN R. WONDERS, WILLIAM BATES, JAMES PINION, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC.,<br><br>Defendant. | Case No. 0:16-cv-03348-PJS-LIB<br><br>**AMENDED NOTICE OF HEARING ON PLAINTIFFS' MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO.4 AND ENTRY OF AN ESI PROTOCOL**<br><br>DATE: December 18, 2017<br><br>TIME: 1:30 p.m.<br><br>JUDGE: Honorable Leo I. Brisbois<br><br>COURTROOM: Courtroom No. 3, Gerald W. Heaney Federal Building and U.S.<br>Courthouse, 515 W. First St., Duluth, MN 55802 |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 18, 2017, at 1:30 p.m., the Court will hear Plaintiffs' Motion To Compel A Response To Interrogatory No.4 And Entry Of An ESI Protocol. The hearing will be before the Honorable Leo I. Brisbois, United States Magistrate Judge at the United States District Court, District of Minnesota, Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 W. First St., Duluth, MN 55802.

522853.1

DATED: December 4, 2017

        Respectfully submitted,

        s/Karen Hanson Riebel

Karen Hanson Riebel
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: 612-596-4097
Facsimile: 612-339-0981

Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
Telephone:  (561) 515-1400
Facsimile:   (561) 515-1401

Andrew N. Friedman (admitted pro hac vice)
Douglas J. McNamara (admitted pro hac vice)
Eric A. Kafka (admitted pro hac vice)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

Robert Gordon, Esq
Steven Calamusa, Esq. (admitted pro hac vice)
**GORDON & DONER, P.A.**
4114 Northlake Blvd.,
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050

**Attorneys for Plaintiffs**