UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RILEY JOHANNESSOHN, DANIEL C. BADILLA, JAMES KELLEY, RONALD KRANS, KEVIN R. WONDERS, WILLIAM BATES, JAMES PINION, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC.,<br><br>Defendant. | Case No. 0:16-cv-03348-PJS-LIB<br><br>**MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER TO SET DEADLINES FOR CERTIFICATION DISCOVERY AND MOTIONS AND TO LIMIT INITIAL DISCOVERY TO CERTIFICATION ISSUES** |

In accordance with Rule 16 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 16.3, Defendant Polaris Industries Inc. moves the Court to amend the Pretrial Scheduling Order (Docket No. 63) to set deadlines for certification discovery and certification motions and to limit initial discovery to certification issues, while deferring further merits discovery until the Court rules on whether to certify a class.

Polaris does not request specific deadlines at this time, but instead requests that, upon granting this motion, the Court order the parties to meet and confer in an effort to agree on a proposed schedule for completing class-certification discovery and class-certification motions.

Polaris's proposed modifications of the Pretrial Scheduling Order would not necessitate postponement of any existing deadlines.

Polaris requests this relief on the grounds set forth in the accompanying memorandum of law.

Date: December 4, 2017.

Respectfully submitted,

s/Nathan J. Marcusen
Paul G. Cereghini (pro hac vice)
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ  85012
Telephone:  (602) 643-2300
Fax:  (602) 248-0947
paul.cereghini@bowmanandbrooke.com

Mary T. Novacheck (#0184792)
Nathan J. Marcusen (#0386875)
Isaac W. Messmore (#0393276)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN  55402
Telephone:  (612) 339-8682
Fax:  (612) 672-3200
nathan.marcusen@bowmanandbrooke.com
ike.messmore@bowmanandbrooke.com

Robert L. Wise (pro hac vice)
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA  23219
Telephone:  (804) 649-8200
Fax:  (804) 649-1762
rob.wise@bowmanandbrooke.com

***Attorneys for Defendant***