# EXHIBIT 2

**Sportsman Class Vehicles: 2009–2016 model year Sportsman Vehicles manufactured, sold and registered in the U.S.***

| Model | Model Year | Sales | Responsive VINs | Percent of Vehicles with a Responsive Record |
|---|---|---|---|---|
| 300 | 2009 | 1,284 | 1 | 0.08% |
| 300 | 2010 | 1,661 | - | 0.00% |
| 325 | 2015 | 10,860 | 4 | 0.04% |
| 400 | 2009 | 2,454 | 4 | 0.16% |
| 400 | 2010 | 2,535 | 5 | 0.20% |
| 400 | 2011 | 3,813 | 3 | 0.08% |
| 400 | 2012 | 8,709 | 6 | 0.07% |
| 400 | 2013 | 10,688 | 6 | 0.06% |
| 400 | 2014 | 14,315 | 14 | 0.10% |
| 450 | 2016 | 12,569 | 28 | 0.22% |
| 500 | 2009 | 16,425 | 14 | 0.09% |
| 500 | 2010 | 16,136 | 22 | 0.14% |
| 500 | 2011 | 12,917 | 18 | 0.14% |
| 500 | 2012 | 24,062 | 34 | 0.14% |
| 500 | 2013 | 23,431 | 22 | 0.09% |
| 550 | 2009 | 9,024 | 13 | 0.14% |
| 550 | 2010 | 12,717 | 53 | 0.42% |
| 550 | 2011 | 13,829 | 33 | 0.24% |
| 550 | 2012 | 13,719 | 40 | 0.29% |
| 550 | 2013 | 12,848 | 38 | 0.30% |
| 550 | 2014 | 8,359 | 17 | 0.20% |
| 570 | 2014 | 26,533 | 495 | 1.87% |
| 570 | 2015 | 42,970 | 549 | 1.28% |
| 570 | 2016 | 28,609 | 152 | 0.53% |
| 800 | 2009 | 6,283 | 34 | 0.54% |
| 800 | 2010 | 4,384 | 5 | 0.11% |
| 800 | 2011 | 3,839 | 23 | 0.60% |
| 800 | 2012 | 3,802 | 13 | 0.34% |
| 800 | 2013 | 2,983 | 9 | 0.30% |
| 800 | 2014 | 2,843 | 9 | 0.32% |
| 850 | 2009 | 8,707 | 59 | 0.68% |
| 850 | 2010 | 7,473 | 46 | 0.62% |
| 850 | 2011 | 10,357 | 119 | 1.15% |
| 850 | 2012 | 8,371 | 123 | 1.47% |
| 850 | 2013 | 8,898 | 63 | 0.71% |
| 850 | 2014 | 7,668 | 34 | 0.44% |
| 850 | 2015 | 6,168 | 133 | 2.16% |
| 850 | 2016 | 6,858 | 769 | 11.21% |
| 1000 | 2015 | 4,587 | 400 | 8.72% |
| 1000 | 2016 | 2,620 | 253 | 9.66% |

*Vehicles with unknown registration location are also included. Warranty and CRM records were reviewed for relevance and records potentially responsive to the thermal issue alleged in the *Johannessohn* complaint were included. Duplicate records and duplicate VINs were removed.

CONFIDENTIAL, PROTECTED BY COURT ORDER

POL_SPT_RJ_00000124.0001