# **EXHIBIT 3**



# 2014-2017 Sportsman 570, X2, Touring, UTE
# 2016-2017 Sportsman 450 HO
# Heat Management Kit Service Advisory FAQ

**Version**: R01 (July 21, 2017)

## What make & model year is included in this Service Advisory?
2014-2017 Sportsman 570, X2, Touring, UTE
2016-2017 Sportsman 450 HO

## Is every model year 2014-2017 vehicle affected?
This Service Advisory is an optional consumer update and only affects vehicles where riders experienced discomfort from engine and exhaust heat emanating into the right hand foot well area while operating the vehicle or towing at slow speeds, even when wearing appropriate riding gear (over the ankle boots and pants).

## What is the purpose of the ASA-17-01 Service Advisory?
Polaris has developed an optional Right Hand Side Panel Close Off Kit that will redirect a portion of the heat produced by the engine and exhaust away from the right hand foot well area. This Service Advisory has been issued to communicate a dealer process to obtain goodwill coverage for Heat Management Kits on affected machines. This is an optional update to improve rider comfort and satisfaction with the models listed on the Advisory.

## How can a dealer see which units in inventory are impacted by this?
The dealer must ensure that a vehicle is one of the affected models listed in the Service Advisory document. Because this is a Service Advisory and not a Bulletin, dealers will not be able to pull a complete VIN list for their inventory or registered units.  Dealers should reference individual VINs on Unit Inquiry and verify that the Service Advisory applies to the unit under the Team Tip category.

## Is this a STOP SALE and a STOP RIDE?
No, this is not a STOP SALE or STOP RIDE.  This is not a Bulletin or Recall.  This is an optional update to improve rider comfort and satisfaction for consumers who have expressed a concern regarding right hand footwell heat.

## Will Polaris notify consumers?
Yes. As parts become available, Polaris will mail a standard consumer notification letter outlining the nature of this Service Advisory in the United States and Canada.  A copy of the consumer letter is included with the Service Advisory.

## Should dealers notify consumers?
No immediate action is required on your part.  If a consumer contacts you with a concern, please order the appropriate kit, schedule the repair, complete the work and file the claim.

## Is training required before ordering parts or filing claims for this advisory?
No, dedicated training is not required beyond the information outlined in the Advisory and associated installation instructions.

CONFIDENTIAL, PROTECTED BY COURT ORDER                              POL_SPT_RJ_00000104.0001

### What parts are required to update the vehicles affected by this advisory, and will dealers need to order them?

Each affected vehicle will require one of the following kits. Dealers can order their desired quantity of kits on a daily order.

- 2014 - 2015 570 1-UP (excluding EU Quadricycles):  PN 2207443 Right Side Close Off Kit
    - Limited availability beginning the week of July 24, 2017
- 2014 - 2015 570 Touring / X2 / UTE:  PN 2207444 Right Side Close Off Kit
    - Expected in stock date of August 21, 2017
- 2016 - 2017 450HO / 570 1-UP (excluding EU Quadricycles):  PN 2207445 Right Side Close Off Kit
    - Limited availability beginning the week of July 24, 2017
- 2016 - 2017 Sportsman 570 Touring / X2 / UTE (excluding EU Quadricycles):  PN 2207446 Right Side Close Off Kit
    - Expected in stock date of August 21, 2017
- 2015 Sportsman 570 EU Quadricycle 1-UP:  PN 2207551 Right Side Close Off Kit
    - Expected in stock date of August 21, 2017
- 2016 EU Quadricycle 1-UP:  PN 2207552 Right Side Close Off Kit
    - Expected in stock date of August 21, 2017
- 2016 Sportsman 570 EU Quadricycle Touring:  PN 2207553 Right Side Close Off Kit
    - Expected in stock date of August 21, 2017

### Are the kits returnable if a dealer over orders?

No.  Our standard RMA policy excludes the return of Service Advisory special order kits.

### Will Dealers have all of the appropriate tools to complete this advisory?

Yes, this repair procedure requires basic shop tools.

### Will dealers be paid for performing this update?

Yes.  Dealers will be reimbursed for the cost of parts and labor to perform the update.

**If you have questions that are not addressed in this document or in the Advisory, contact Polaris Service through Ask Polaris or by phone at 800-330-9407.**

CONFIDENTIAL, PROTECTED BY COURT ORDER                                                                                           POL_SPT_RJ_00000104.0002