# EXHIBIT 4

March 21, 2017: Safety Bulletin A-17-01 Field Sales & Dealer FAQ

# 2015-2016 Sportsman 850/1000 Thermal Protection Update

### What is the purpose of the A-17-01 Safety Bulletin and consumer mailing?
Some model year 2015-2016 Sportsman 850/1000 models were manufactured with an exhaust manifold side panel that may make contact with the exhaust manifold. The resulting contact between the exhaust manifold side panel and exhaust may pose a fire hazard.

### What make & model year is included in this bulletin?
2015-2016 Sportsman Touring 850 SP/XP 1000
2016 Sportsman 850/XP 1000 High Lifter Edition
2015-2016 Sportsman 850/850 SP/850 XP
2015-2016 Sportsman XP 1000

### Is every model year 2015-2016 Sportsman Touring 850 SP/XP 1000, 2016 Sportsman 850/XP 1000 High Lifter Edition, 2015-2016 Sportsman 850/850 SP/850 XP, and 2015-2016 Sportsman XP 1000 vehicle affected?
Yes, all vehicles are impacted.

### How can a dealer see which units in inventory are impacted by this?
 1. Login to the dealer website (DEX)
 2. Locate the 'Service and Warranty' dropdown, click on STOP Site
 3. On the left-hand side of the page, under 'STOP Site Links,' click on 'Service Bulletins'
 4. Locate the link for the Service Bulletin of interest and click on the 'All VINs' link located on the right
 5. The 'All VINs' page will display all affected VINs within your dealership's inventory
 Note: Unit Inquiry can always be used to check an individual VIN

### Where were these products manufactured?
These were produced in Roseau, Minnesota.

### Is this a STOP SALE and STOP RIDE?
Yes.  This is a STOP SALE until wholegood stock vehicles are updated and STOP RIDE until updated for consumers.

  What Dealers CAN Do
  1. Can display impacted ATV products
  2. Can quote new ATV products
  3. Can accept deposits from consumers as a reservation for a future sale
  4. Can utilize PCDX to begin setup and PDI (except for test ride)
  5. Can, and should, warranty register impacted ATV product that was delivered to consumers prior to the release of the Bulletin to ensure Polaris has accurate records and can notify the customer of the recall
     *Registration instructions provided as the last FAQ referenced in this document*

  What Dealers CANNOT Do
  1. Cannot complete a sale
  2. Cannot deliver impacted ATV products to consumers until the Safety Bulletin work is completed
  3. Cannot allow a consumer to purchase and take an affected ATV product with them until the Safety Bulletin work is completed
  4. Cannot warranty register an affected ATV until Safety Bulletin work is completed (unless delivered to the consumer prior to the release of the Safety Bulletin)
  5. Cannot hold customers' vehicles in service against their will

### What do I say to customers who ask if it's safe to ride their vehicle before it is serviced?
Owners should not drive their vehicles until evaluated and repaired by a certified dealer. Do not tell a customer that it is okay to ride their machine.

### Will Polaris notify consumers?
Yes.  Polaris will mail a standard consumer notification letter outlining the nature of this Safety Bulletin in the United States and Canada.

### Should dealers notify consumers?
Yes.  Dealers should follow their standard process for contacting consumers regarding bulletin work on their affected vehicles.  Dealers should reference the STOP site for a list of their dealership's affected VINs.

### Is training required before ordering parts or filing claims for this bulletin?
Yes, one person from the dealership needs to be certified before ordering parts and two people must be certified before warranty claims may be processed.

**Why is Polaris asking for dealers to complete the training and double check completed work?**
As a fail-safe and best practice, Polaris is requiring technicians to complete the training and have all work completed double checked by the completing technician and by an Owner, Service Manager or Lead Technician.  The signed document must be retained with their repair order.  The bulletin repair time takes this labor into account for the standard flat rate time.

**Why can't dealers file claims until training is completed?**
Dealers must complete the bulletin training on University of Polaris before DEX will allow them to file bulletin claims.  This training is critical to ensuring the updates are done correctly.

**What parts are required to update the vehicles affected by this bulletin, and will dealers need to order them?**
- 2207033 Shield Kit for 2015–2016 Sportsman Touring models
- 2207195 Shield Kit for 2016 Sportsman 850/1000 High Lifter Edition models
- 2207196 Shield Kit for 2015-2016 Sportsman 850 1-Up models
- 2207269 Shield kit for 2015-2016 Sportsman 1000 1-Up models
- 2206202 Exhaust Spring Retrofit kit for any 2015 Sportsman 1000 1-Up models that **HAVE NOT** had ATV-15-02 performed

**Are parts available for this repair?**
Polaris has sufficient parts in stock to fill anticipated dealer orders for all kits other than 2207269 Shield kit for 2015-2016 Sportsman 1000 1-Up models. These kits are expected to start being available in limited quantities beginning in early April 2017.

**Do any parts need to be returned as part of this Bulletin?**
No, no parts need to be returned.

**Are the kits returnable if a dealer over orders?**
No.  Our standard RMA policy excludes the return of Service or Safety Bulletin parts.

**What should dealers do with related affected parts that are in dealer inventory?**
Refer to the Service Bulletin for detailed instructions to file a single Parts Stock claim for all inventory of the following parts:
- 2635711 Right-Hand Exhaust Side Panel
- 5260610 Footwell Shield
- 5451911 Clutch Outlet Duct
- 5254434 Rear Cab Heat Shield

**Will Dealers have all of the appropriate tools to complete this recall?**
Yes, this repair procedure requires basic shop tools.

**Will dealers be paid for performing this update?**
Yes.  Dealers will be reimbursed for the cost of parts and labor to perform the update.

**How does a dealer warranty register a unit that a customer has paid for and taken delivery of PRIOR to the STOP SALE announcement?**
The warranty registration capability is disabled for all units with open safety bulletins. If the unit has not been paid for, or if the unit has not yet been delivered to the customer, the dealer should hold the unit until repairs have been completed.  In the event that a consumer has paid for, and has possession of the unit, a warranty registration must be completed by submitting an AskPolaris case under 'Sales Question' > 'Wholegood Question'.  The AskPolaris case must include the following:
  • Customer Delivery Date
  • Completed PCDX Customer Information and Customer Delivery form
  • Sales invoices: Paper & DMS
  • Copies of form of payment document or payment check
  • Copies of purchaser's identification
  • Copies of the state registration forms unless the registration was VERY recent and this has not yet been obtained
  • The promo selection for the unit (financing rate, rebate, etc.)

If you have questions that are not addressed in this document or in the Service Bulletin document, please contact Polaris Service through Ask Polaris or by phone at 800-330-9407.