# EXHIBIT 6

ATV SERVICE BULLETIN / SAFETY RECALL REPORT

| Customer Location | All Customers |
|---|---|
| Customer Number | All Customers |

| Service Bulletin Number | Service Bulletin Desc | Date | Units Affected | Units Completed | Percent Completed | Total Service Bulletin Cost |
|---|---|---|---|---|---|---|
| A-17-01-A | 15-16 SPMN TRNG THERMAL UPDATE | 3/21/2017 | 3,671 | 1,819 | 49.55% | $230,183.16 |
| A-17-01-B | 15-16 SPMN HL THERMAL UPDATE | 3/21/2017 | 2,688 | 1,418 | 52.75% | $508,106.96 |
| A-17-01-C | 15-16 SPMN 850 THERMAL UPDATE | 3/21/2017 | 12,747 | 6,802 | 53.36% | $2,732,870.69 |
| A-17-01-D | 15-16 SPMN 1000 THERMAL UPDATE | 3/21/2017 | 5,737 | 3,214 | 56.02% | $1,375,729.63 |
| A-17-01-E | 15 SPMN 1000 THERMAL UPDATE | 3/21/2017 | 1,632 | 588 | 36.03% | $302,677.00 |
| ASA-17-01A | 14-15 SPM 570 1UP SIDE PNL KIT | 7/19/2017 | 81,883 | 5,672 | 6.93% | $744,226.87 |
| ASA-17-01B | 14-15 SPM 570 TRG SIDE PNL KIT | 7/19/2017 | 11,665 | 714 | 6.12% | $99,347.64 |
| ASA-17-01C | 16-17 SPM 450/570 1UP SDPNLKIT | 7/19/2017 | 99,010 | 7,793 | 7.87% | $859,397.08 |
| ASA-17-01D | 16-17 SPM 450/570 TRG SDPNLKIT | 7/19/2017 | 13,458 | 1,169 | 8.69% | $120,170.21 |
| ASA-17-01E | 2015 SPMN 570 EU QUAD SIDE PNL | 7/19/2017 | 2,555 | 0 | 0.00% | $0.00 |
| ASA-17-01F | 2016 SPM 570 EUQUAD SDPNL KIT | 7/19/2017 | 1,316 | 0 | 0.00% | $0.00 |
| ASA-17-01G | 16 SPMN TRNG QUAD SIDE PNL KIT | 7/19/2017 | 150 | 1 | 0.67% | $100.82 |