# EXHIBIT 7

**POLARIS** — *TECHNICAL SERVICE BULLETIN*

Date: March 21, 2017 — **ATV** — Bulletin Number: A-17-01-A
Model Years: 2015 - 2016

☒ Safety Bulletin    ☐ Service Bulletin    ☐ Service Alert Fax

Distribution: ☐ Owner/Principal ☐ Service Manager ☐ Sales Manager ☐ Parts Manager ☐ Technicians
*This Service Bulletin is located at www.polarisdealers.com*
*–Confidential and Proprietary–*

### VERSION: R01 (March 21, 2017)

# IMPORTANT STOP RIDE / SALE SAFETY NOTICE!

**STOP SELLING ALL AFFECTED SPORTSMAN 850 / 1000 TOURING VEHICLES IMMEDIATELY UNTIL THE REPAIR PROCEDURE HAS BEEN COMPLETED ON ALL AFFECTED UNITS AT YOUR DEALERSHIP.**

| IMPORTANT |
|---|
| If you are working with a printed copy, please verify you have the most current version of these instructions. |

## SUBJECT:

**2015–2016 Sportsman Touring 850/1000 Thermal Protection Update**

## PURPOSE:

Some model year 2015–2016 Sportsman Touring models were manufactured with an exhaust manifold side panel that may contact the exhaust manifold. The resulting contact between the exhaust manifold side panel and exhaust may pose a fire hazard.

To resolve this concern, a new exhaust manifold side panel has been developed. The new exhaust manifold side panel significantly increases the air gap between the exhaust manifold and exhaust manifold side panel and utilizes a metal heat shield. A-17-01-A instructs dealers to replace the exhaust manifold side panel and inspect heat shields on affected 2015-2016 Sportsman 850/1000 Touring models.

Refer to "Unit Inquiry" on the dealer website to ensure each vehicle is within the specified VIN range for this Service Bulletin. Refer to the repair procedure included in the bulletin below for the proper steps to complete this bulletin.

Your service department **MUST** perform the following actions as directed by this Safety Bulletin:
1. Each member of your service department team must review this Safety Bulletin in its entirety.
2. One member of your service department team must watch the training video prior to ordering parts. Two members of your service department team must watch the training video prior to completing **ANY** work, or submitting **ANY** warranty claim for this Safety Bulletin.
3. Any Service member performing this bulletin or completing audits **MUST** be certified.

## AFFECTED MODELS:

| Model Year | Models | Vehicle Identification Number Range |
|---|---|---|
| 2015 | Sportsman Touring 850 SP | **Reference "Unit Inquiry" on the dealer website or the Service Bulletin list on the STOP site to look up affected units.** |
| | Sportsman Touring 850 SP EU | |
| | Sportsman Touring 850 SP MD | |
| | Sportsman Touring XP 1000 | |
| 2016 | Sportsman Touring 850 SP | |
| | Sportsman Touring XP 1000 | |
| | Sportsman Touring XP 1000 MD | |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 1 of 19)

## CUSTOMER NOTIFICATION:

Polaris will mail a notification letter to consumers with affected registered units in the United States and Canada in regards to the STOP RIDE information and directing consumers to contact their dealer to schedule an appointment to complete the repair. An example of these consumer letters can be found at the end of this bulletin.

In addition to the notification sent by Polaris, dealers should review their sales records and notify customers that have an affected VIN. Dealers are also required to correct any wholegood stock in their inventory as of the date of bulletin release by repairing the vehicle and filing A-17-01-A. Reference the STOP site for a list of units with open service bulletins at your dealership.

## WARRANTY / PARTS INFORMATION:

Service and Safety Bulletin parts are excluded from the standard RMA policy and cannot be returned. To assure we can update as many units as soon as possible, please only place orders to update units in current inventory and customer units.

| 2015–2016 Sportsman Touring models | |
|---|---|
| SAFETY BULLETIN # | A-17-01-A |
| CLAIM TYPE | SB (Service Bulletin) |
| LABOR ALLOWANCE | 0.9 hrs. (54 minutes) |
| PART NUMBER / DESCRIPTION | 2207033 (QTY.1) – K-SHIELD, SPMN TRNG<br>7170107 (QTY.1) - Service Bulletin Completion Decal |
| PARTS AVAILABILITY | Available to order |
| UNIVERSITY OF POLARIS VIDEO TRAINING REQUIREMENT | YES [1] |
| PHOTO REQUIRED WITH WARRANTY CLAIM | YES [2] |

[1] Polaris requires one person from a dealership to be certified before parts ordering may occur and two people from a dealership to be certified before warranty claims may be processed.

[2] See steps in A-17-01-A repair procedure for photo requirements and where to submit photos.

## ACCESSORY REMOVE & REPLACE LABOR:

Polaris will cover labor for the removal and installation of accessories required to complete the bulletin work. Follow the steps below to obtain reimbursement.

For accessory removal and installation up to 1 hour of labor:
1. Start a new warranty claim under the Service and Warranty dropdown and enter the VIN.
2. Enter the Date Failed and Date Repaired information into the applicable fields.
3. Enter "A-17-01-A" in the Authorization field.
4. Enter the miles and hours.
5. Enter the labor time up to 1 hour.
6. Enter "A-17-01-A" in the CONCERN and CAUSE fields. In the CORRECTION field, enter "ACCESSORY REMOVAL AND INSTALLATION".
7. Add part 0000541, quantity 1.
8. Enter warranty fail codes 103/430/151.
9. Validate the parts.
10. Save and submit the claim to Polaris.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 2 of 19)

For accessory removal and installation over 1 hour of labor:
1. Start a new Ask Polaris Case, Service & Warranty Question > Authorization: Non-Cosmetic & Polaris ESC or Authorization: Out of Warranty.
2. Enter your contact information and VIN, along with miles and hours into the applicable fields.
3. Enter "A-17-01-A" in the CONCERN and CAUSE fields. In the CORRECTION field, enter "ACCESSORY REMOVAL AND INSTALLATION".
4. Enter warranty fail codes 103/430/151.
5. Add part 0000541, quantity 1.
6. Attach photos of the vehicle and accessories sufficient to support the labor time requested.
7. Submit the case to Polaris.

## STOCK PART WARRANTY CLAIMS:

Dealers should review their service parts inventory and ensure the following service parts are **NOT** used for any repairs.

| Part Number | Description |
|---|---|
| 2635711 | Right-Hand Exhaust Side Panel |

Please use the following process for filing PART STOCK warranty claim for any of the parts listed above.
1. Start a new Parts Stock warranty claim.
2. Select Product Line: ATV.
3. Enter the Date Failed and Date Repaired information into the applicable fields.
4. Enter "A-17-01-A" in the CONCERN field.
5. Enter "A-17-01-A" in the CAUSE field.
6. Enter "A-17-01-A" in the CORRECTION field.
7. Enter the part number and quantity.
8. Enter warranty fail codes: 103/430/151.
9. Validate the parts.
10. Save and submit the claim to Polaris.

| NOTE |
|---|
| Polaris requires dealers to maintain warranty records, including repair orders and supporting documentation for five years. All claims for additional labor, dealer transport/travel or part stock claims for A-17-01-A are subject to audit and inspection. Infractions will result in chargebacks and fines in accordance with the Polaris Audit Policy. |

## SAFETY BULLETIN CONTACT LIST & SCHEDULING TOOL:

A new scheduling tool is available for dealers to keep a record of customers contacted and scheduled for bulletin repairs. This optional tool provides visibility for your dealership and will be helpful to track the status of scheduled service. For more information, log in to http://www.universityofpolaris.com

## WARRANTY COVERAGE PERIOD:

Warranty coverage for Safety Bulletin A-17-01-A will begin March 21, 2017. This bulletin has no expiration date.

## DISPOSAL INFORMATION:

Under no circumstances shall the parts removed in this repair be re-used, sold, or re-purposed for another application. It is your dealership / distributor's responsibility to make sure every part replaced (related to this bulletin) is taken out of circulation and disposed of properly.

## SERVICE BULLETIN COMPLETION DECAL:

A Service Bulletin Completion Decal must be completed for this bulletin repair. Remove the seat and place the decal on the clutch cover assembly. **DO NOT** place the decal on the warning decal on the clutch cover. If you require more decals, order them through normal Polaris parts ordering channels.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 3 of 19)

## A-17-01-A AUDIT CHECKLIST:

| IMPORTANT |
|---|
| Several steps of this procedure require an audit by another A-17-01-A certified dealership representative other than the technician who is completing the repair. Completing these check backs is a critical component to ensuring the repair has been properly completed.<br>An audit checklist will be provided with each kit. It must be completed and retained with the instruction sign-off and repair order. |

☐ Verify the trimmed edge of the footwell does not contact the new exhaust manifold side panel.

☐ Verify all plastic fragments, dust, and foreign debris have been removed from the engine / exhaust system.

☐ Verify the new exhaust manifold side panel has been installed and the original exhaust manifold side panel has been discarded.

☐ Verify that all new heat shields have been installed and old heat shields have been inspected for damage.

☐ Take the two photos outlined to demonstrate the heat shields are correctly installed.

## UNIVERSITY OF POLARIS VIDEO TRAINING REQUIREMENT:

Each member of your service department team must review this Safety Bulletin in its entirety. One member of your service department team must watch the training video prior to ordering parts. Two members of your service department team must watch the training video prior to completing **ANY** work, or submitting **ANY** warranty claim for this Safety Bulletin. Any Service member performing this bulletin or completing audits **MUST** be certified. The videos must be watched through the University of Polaris in order to get credit for watching the videos.

www.universityofpolaris.com

## FEEDBACK FORM:

A feedback form has been created for the technician to provide POLARIS with an overall satisfaction rating for the instructions, provide comments on your experience or upload pictures/videos from a specific repair. This feedback form is viewable on a mobile device by scanning the QR code shown or by clicking HERE if viewing this document electronically.



**FEEDBACK FORM**

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 4 of 19)

**APPLICATION:** SPORTSMAN 850 / 1000 TOURING

## A-17-01-A KIT CONTENTS (P/N 2207033):

| PART DESCRIPTION | PART NUMBER | QTY | IMAGE |
|---|---|---|---|
| Exhaust Manifold Side Panel | 2636626 | 1 |  |
| A-17-01-A Bulletin Completion Instructions & Dealer Confirmation | 9927863 | 1 | |

## TOOLS REQUIRED:

- Multi-function Pliers (Tuflok removal tool)
- T-27 Torx Driver
- Scissors or utility knife
- Paper
- Brake Clean or Comparable Solvent
- Half Round File (shown below)
- Towel or Foam Block

- 10 mm wrench
- 10 mm socket
- Ratchet
- Paint Pen (White or Yellow)
- DREMEL® with a two flute bit intended for plastics, a Reciprocating Saw or Similar Device (shown below)





The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 5 of 19)

## A-17-01-A REPAIR PROCEDURE

### PART 1: A-17-01-A COMPONENT REMOVAL:

| WARNING |
| --- |
| Allow the vehicle to adequately cool before beginning this procedure. Servicing Engine and Exhaust system components before they cool may lead to severe burns. |

| WARNING |
| --- |
| All Tuflok rivets removed during this procedure must be accounted for. If you drop any part of a Tuflok you must locate and remove it from the vehicle before this procedure is complete. |

| IMPORTANT |
| --- |
| Thoroughly read these instructions, and the A-17-01-A Bulletin Completion Instructions & Dealer Confirmation provided with the service kit.<br><br>If you wish to view the full video procedure, it is available by scanning the QR code or clicking HERE. |



1.  Remove the seat and passenger backrest.

2.  Using multi-function pliers, remove the three Tuflok fasteners ①. Using a T-27 Torx driver, remove the screw ② that retains the lower half of the right-hand upper side panel.



3.  Remove the upper side panel ③.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 6 of 19)

4. Using a multi-function pliers, remove the six Tuflok fasteners ④ retaining the exhaust manifold side panel, footwell, and rear cab.



5. Using a 10 mm wrench, a 10 mm socket, and ratchet, remove the two screws and two nuts retaining the passenger footrest.



6. Remove the exhaust manifold side panel ⑤ and discard.

| NOTE |
| --- |
| Pull the front edge of the rear cab away from the vehicle and slide the exhaust manifold side panel ⑤ forward to remove. |

| IMPORTANT |
| --- |
| Discard the original exhaust manifold side panel at this time. |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 7 of 19)

POL_SPT_RJ_00000067.0007

## PART 2: A-17-01-A COMPONENT TRIMMING

1.  Cut out the template provided on page 3 of A-17-01-A Bulletin Completion Instructions & Dealer Confirmation (9927863) using scissors or a utility knife.

    **Application:** ALL 2015-2016 Sportsman 850 / 1000 2-UP Touring models.



2.  Place a rolled up towel or foam block between the footwell and the rear cab to provide working space.

| IMPORTANT |
|---|
| The rolled up towel / foam block creates space between the rear cab and footwell to prevent accidental cab damage while trimming the footwell.<br><br>Polaris will not cover cab damage attributed to the footwell trimming procedure under warranty. |



3.  Place the provided template ① on the right-hand footwell ② as shown, then mark the perimeter of the template to outline the area to be trimmed with a paint pen.

| NOTE |
|---|
| Use the inside and back edges of the footwell to locate the template. |



4.  Remove the template.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 8 of 19)

5. Trim the footwell using a DREMEL® with a two flute bit intended for plastics, a reciprocating saw or similar device leaving some material between the trim line and the paint pen line.



<table>
<tr><td>NOTE</td></tr>
</table>

| NOTE |
| --- |
| Do not trim up to the line with one cut. Cut the majority of the material then file up to the line, but leave the line. |

6. Test fit the new panel to verify the area trimmed area of the footwell does not contact the exhaust manifold side panel.

   A. Align the exhaust manifold side panel mounting holes.
   B. Apply pressure to the footwell at the mounting holes.
   C. Slide a piece of paper along the gap between the two panels.
   - If the paper slows or stops or the metal shield makes contact with the footwell, use a half-round file to trim the footwell to create a clearance gap between the components.
   - If the paper freely travels the length of the gap, and the metal shield does not contact the footwell, proceed forward to the audit and following steps.



| IMPORTANT – AUDIT STEP |
| --- |
| A secondary dealer representative must verify that the trimmed edge of the footwell does not contact the new exhaust manifold side panel. |
| If a piece of paper does not freely slide between the panels, continue to trim the panel using a half round file until the paper passes freely the entire length of the gap. |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 9 of 19)

7. Using a half-round file, file and deburr the trimmed footwell ③. Ensure the footwell is clean, free of burrs, and maintains rider appeal. Verify trimmed area appears as shown in the illustration below.



8. Ensure all plastic fragments, dust, and foreign debris have been removed from the engine / exhaust system.

| IMPORTANT – AUDIT STEP |
|---|
| A secondary dealer representative must verify all plastic fragments, dust, and foreign debris have been removed from the engine / exhaust system. |

| CAUTION |
|---|
| Prior to cleaning, test a discreet portion of the footwell to ensure the solvent used does not damage the footwell finish. |

9. Clean the footwell to ensure any paint or markings have been removed with brake clean or comparable solvent.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 10 of 19)

## PART 3: A-17-01-A COMPONENT INSTALLATION

| IMPORTANT |
|---|
| Remove any / all part number decal labels from the exhaust manifold side panel prior to installation onto the vehicle. |

1.  Install the NEW exhaust manifold side panel ① by lifting the front of the rear cab ② and pushing the NEW exhaust manifold side panel ① rearward along the head pipe.



| IMPORTANT – AUDIT STEP |
|---|
| A secondary dealer representative must verify that the new exhaust manifold side panel ① has been installed and the original exhaust manifold side panel has been discarded. |

2.  Install the six Tuflok fasteners ④ retaining the exhaust manifold side panel, footwell, and rear cab.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 11 of 19)

CONFIDENTIAL, PROTECTED BY COURT ORDER  POL_SPT_RJ_00000067.0011

3. Using a 10 mm wrench, 10 mm socket, and ratchet, install the two screws and two nuts that retain the passenger foot rest. Torque to specification.

| TORQUE |
| --- |
| Touring Footwell Screws: |
| **Torque until fully seated.** |



4. Install the upper side panel ⑤ by sliding it down over the shifter.



5. Install the three Tuflok fasteners ⑱. Using a T-27 driver, install the screw ⑲ that retains the right-hand upper side panel. Torque to specification.

| TORQUE |
| --- |
| Screw: |
| **Torque until fully seated.** |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 12 of 19)

## PART 4: A-17-01-A HEAT SHIELD INSPECTION

If any of the components are found to be missing or damaged, take photos of the affected components and submit an ASK Polaris case for replacement approval.

| IMPORTANT – AUDIT STEP |
|---|
| A secondary dealer representative must verify that all new heat shields listed below have been installed and all old heat shields have been inspected for damage. |

| WARNING |
|---|
| Ensure any aftermarket exhaust wrap has been removed. Exhaust wrap may absorb fuel or oil and present a potential fire hazard. |

| SPORTSMAN 850 TOURING |
|---|



| OLD HEAT SHIELD TO INSPECT | NEW HEAT SHIELDS TO INSTALL |
|---|---|
| Use the checklist below to verify that the following shields are **NOT** removed and are in good condition. Be sure to check each box as you verify each shield has not been removed. | Use the checklist below to verify that the following **NEW** shield is installed. Be sure to check the box as shield installation is complete. |

| | ① Exhaust Silencer Shield        5253634 | | ② Exhaust Manifold Side Panel        2636626 |
|---|---|---|---|

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 13 of 19)

**APPLICATION:** SPORTSMAN 850 / 1000 TOURING

| SPORTSMAN XP 1000 TOURING |
|---|
|  |

| OLD HEAT SHIELD TO INSPECT | NEW HEAT SHIELDS TO INSTALL |
|---|---|
| Use the checklist below to verify that the following shields are **NOT** removed and are in good condition. Be sure to check each box as you verify each shield has not been removed. | Use the checklist below to verify that the following **NEW** shield is installed. Be sure to check the box as shield installation is complete. |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | ① | Seatwell Foil Heat Shield | 5814246 | ☐ | ④ Exhaust Manifold Side Panel | 2636626 |
| ☐ | ② | Clutch Duct Heat Shield | 5814214 | | | |
| ☐ | ③ | Rear Cab Foil Heat Shield | 5814215 | | | |

6. Install the bulletin completion decal (7170107) on the clutch cover assembly. Do **NOT** place bulletin decal on the warning decal.

7. Install the seats.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 14 of 19)

<table>
<tr><td style="background-color:green"><strong>IMPORTANT – AUDIT STEP</strong></td></tr>
</table>

**Two photos are required for warranty claim submission. A secondary dealer representative must verify both pictures to ensure proper final heat shield inspection. Examples of both 850 and 1000 Touring images required are included on the following pages.**

**EACH WARRANTY CLAIM MUST HAVE TWO PHOTOS ATTACHED TO THE CLAIM**

# PHOTO 1 - 850 Touring
## Do NOT remove this shield!



| ① Exhaust Silencer Shield | 5253634 |
| --- | --- |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 15 of 19)

# PHOTO 2 - 850 Touring

**New Exhaust Manifold Side Panel installed**



| ② | Exhaust Manifold Side Panel | 2636626 |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 16 of 19)

# PHOTO 1 - 1000 Touring

### Do NOT remove these shields!



| | | |
|---|---|---|
| ① | Seatwell Foil Heat Shield | 5814246 |
| ② | Clutch Duct Heat Shield | 5814214 |
| ③ | Rear Cab Foil Heat Shield | 5814215 |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 17 of 19)

# PHOTO 2 - 1000 Touring

**New Exhaust Manifold Side Panel installed**



| ④ | Exhaust Manifold Side Panel | 2636626 |
|---|------------------------------|---------|

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 18 of 19)

POL_SPT_RJ_00000067.0018

| STOP! |
|---|
| Proceed to the A-17-01-A Bulletin Completion Instructions & Dealer Confirmation provided with the service kit to complete the Technician Completion Certification. |

| WHEN COMPLETE AND READY TO FILE A CLAIM |
|---|

1. Go to **Start a New Warranty Claim.**

2. Enter bulletin number A-17-01-A and select the appropriate model number.

3. Enter Serial Number/VIN and click **Save and Continue**. Submit the photos with the warranty claim using the **Browse** button. Once the correct photo is selected, click the **Upload Photo** button. Repeat for the second picture.

4. Ensure the **Person Completing the Repair** and **Signature of Service Manager, Owner, or Lead Technician performing Check-back** fields have been completed.

5. Click **Send Claim**.

6. The photo(s) will be reviewed by Polaris AFTER the claim has been processed.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 19 of 19)

# SAFETY RECALL NOTICE

## PLEASE READ IMMEDIATELY

VIN:                    A-17-01-A
Consumer Name
Address
City, State ZIP

Dear Polaris Sportsman Owner,

In cooperation with the U.S. Consumer Product Safety Commission (CPSC), Polaris Industries Inc. has issued Safety Bulletin A-17-01-A for all Model Year 2015 - 2016 Sportsman Touring 850 and 1000 models.

***The reason for this recall:***
Model year 2015 - 2016 Sportsman Touring 850 and 1000 vehicles were manufactured with a right-hand side panel that, in some cases, may make contact with the exhaust manifold.  The resulting contact between the side panel and exhaust may pose a fire hazard.

***What you should do:***
Please contact your local Polaris Sportsman dealer at your earliest convenience to schedule an appointment to have the recall completed.  If your dealer is certified to complete this recall, discuss parts availability, their schedule and how long they will need to keep your vehicle to complete the updates. When picking up your Sportsman after the work has been completed, your Polaris dealer should step through the repair quality audit checklist with you prior to you accepting the repaired vehicle back.

***What Polaris and your dealer will do:***
To resolve this concern, a new exhaust manifold side panel has been developed. The new exhaust manifold side panel significantly increases the air gap between the exhaust manifold and exhaust manifold side panel and utilizes a metal heat shield. This recall instructs dealers to replace the exhaust manifold side panel and inspect heat shields on your vehicle.

**DO NOT OPERATE YOUR VEHICLE UNTIL THIS RECALL HAS BEEN COMPLETED BY YOUR POLARIS SPORTSMAN DEALER.**

This notice was mailed to you according to our most current registration information. If you no longer own this vehicle, or if some of the contact information in this notice is incorrect, please contact your local Polaris Sportsman dealer to complete a transfer of ownership.

While your Polaris Sportsman dealer is in the best position to answer your questions, if you have any questions your dealer cannot address, you may call our Customer Service Department at: 1-800-POLARIS (765-2747).  If you need assistance contacting or locating a Polaris Dealer, please call 1-800-POLARIS or visit the Polaris web site at www.polaris.com.

We apologize for this inconvenience and assure you that we are committed to customer satisfaction and providing world class products for riders to enjoy.

Sincerely,

**Polaris Off-Road Vehicles**

**SUBJECT: Recall Campaign**
**2015-2016 Polaris Sportsman – Heat Shield**
**2015-2016 Sportsman 850 / 1000 Touring models**
**Reference: Polaris SPORTSMAN Safety Recall Notice 2017138**
**PLEASE READ IMMEDIATELY**

VIN:                    A-17-01-A
Consumer Name
Address
City State ZIP

Dear Polaris Sportsman Owner:

This notice is sent to you in accordance with the requirements of the Canada Motor Vehicle Safety Act. Polaris Industries Inc. has issued Safety Bulletin A-17-01-A for all Model Year 2015-2016 Sportsman Touring 850 and 1000 models.

***The reason for this recall:***
Model year 2015 - 2016 Sportsman Touring 850 and 1000 vehicles were manufactured with a right-hand side panel that, in some cases, may make contact with the exhaust manifold.  The resulting contact between the side panel and exhaust may pose a fire hazard.

***What you should do:***
Please contact your local Polaris Sportsman dealer at your earliest convenience to schedule an appointment to have the recall completed.  If your dealer is certified to complete this recall, discuss parts availability, their schedule and how long they will need to keep your vehicle to complete the updates. When picking up your Sportsman after the work has been completed, your Polaris dealer should step through the repair quality audit checklist with you prior to you accepting the repaired vehicle back.

***What Polaris and your dealer will do:***
To resolve this concern, a new exhaust manifold side panel has been developed. The new exhaust manifold side panel significantly increases the air gap between the exhaust manifold and exhaust manifold side panel and utilizes a metal heat shield. This recall instructs dealers to replace the exhaust manifold side panel and inspect heat shields on your vehicle.

**DO NOT OPERATE YOUR VEHICLE UNTIL THIS RECALL HAS BEEN COMPLETED BY YOUR POLARIS SPORTSMAN DEALER.**

This notice was mailed to you according to our most current registration information. If you no longer own this vehicle, or if some of the contact information in this notice is incorrect, please contact your local Polaris Sportsman dealer to complete a transfer of ownership.

While your Polaris Sportsman dealer is in the best position to answer your questions, if you have any questions your dealer cannot address, you may call our Customer Service Department at: 1-800-POLARIS (765-2747).  If you need assistance contacting or locating a Polaris Dealer, please call 1-800-POLARIS or visit the Polaris web site at www.polaris.com.

We apologize for this inconvenience and assure you that we are committed to customer satisfaction and providing world class products for riders to enjoy.

Sincerely,

**Polaris Off-Road Vehicles**

---

Lessors receiving this recall notice please forward a copy of this notice to the lessee within 10 days. If you are no longer the owner of the Polaris Sportsman indicated by this letter, please contact your local Polaris Sportsman dealer to have the ownership information changed.

Polaris Industries Ltd.
Consumer Service Department
50 Prairie Way
Winnipeg, MB, CA R2J – 3J8                                      Ref: A1701

CONFIDENTIAL, PROTECTED BY COURT ORDER