# EXHIBIT 9

# POLARIS® TECHNICAL SERVICE BULLETIN

**ATV**

Date: March 21, 2017

Bulletin Number: A-17-01-C
Model Years: 2015 - 2016

☒ Safety Bulletin ☐ Service Bulletin ☐ Service Alert Fax

Distribution: ☐ Owner/Principal ☐ Service Manager ☐ Sales Manager ☐ Parts Manager ☐ Technicians
*This Service Bulletin is located at www.polarisdealers.com*
- Confidential and Proprietary -

## VERSION: R01 (March 21, 2017)

## IMPORTANT STOP RIDE / SALE SAFETY NOTICE!

### STOP SELLING ALL AFFECTED SPORTSMAN 850 1-Up VEHICLES IMMEDIATELY UNTIL THE REPAIR PROCEDURE HAS BEEN COMPLETED ON ALL AFFECTED UNITS AT YOUR DEALERSHIP.

| IMPORTANT |
|---|
| If you are working with a printed copy, please verify you have the most current version of these instructions. |

## SUBJECT:

**2015–2016 Sportsman 850 1-Up Thermal Protection Update**

## PURPOSE:

Some model year 2015–2016 Sportsman 850 1-Up models were manufactured with an exhaust manifold side panel that may contact the exhaust manifold. The resulting contact between the exhaust manifold side panel and exhaust may pose a fire hazard.

To resolve this concern, service kits have been developed and made available for affected models. A-17-01-C instructs dealers to install a rear cab heat shield foil, seat heat shield foil, side panel heat shield foil, rear cab heat shield, front cab heat shield, rack support heat shield, tail light heat shield, and to replace the exhaust manifold side panel and clutch outlet duct, as well as inspect existing heat shields, on affected 2015-2016 Sportsman 850 1-Up models.

Refer to "Unit Inquiry" on the dealer website to ensure each vehicle is within the specified VIN range for this Service Bulletin. Refer to the repair procedure included in the bulletin below for the proper steps to complete this bulletin.

Your service department **MUST** perform the following actions as directed by this Safety Bulletin:
1. Each member of your service department team must review this Safety Bulletin in its entirety.
2. One member of your service department team must watch the training video prior to ordering parts. Two members of your service department team must watch the training video prior to completing **ANY** work, or submitting **ANY** warranty claim for this Safety Bulletin.
3. Any Service member performing this bulletin **MUST** be certified.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 1 of 35)

## AFFECTED MODELS:

| Model Year | Models | Vehicle Identification Number Range |
|---|---|---|
| 2015 | Sportsman 850 | Reference "Unit Inquiry" on the dealer website or the Service Bulletin list on the STOP site to lookup affected units. |
| | Sportsman 850 SP | |
| | Sportsman 850 XP | |
| 2016 | Sportsman 850 | |
| | Sportsman 850 SP | |

## CUSTOMER NOTIFICATION:

Polaris will mail a notification letter to consumers with affected registered units in the United States and Canada in regards to the STOP RIDE information and directing consumers to contact their dealer to schedule an appointment to complete the repair. An example of these consumer letters can be found at the end of this bulletin.

In addition to the notification sent by Polaris, dealers should review their sales records and notify customers that have an affected VIN. Dealers are also required to correct any wholegood stock in their inventory as of the date of bulletin release by repairing the vehicle and filing A-17-01-C. Reference the STOP site for a list of units with open service bulletins at your dealership.

## WARRANTY / PARTS INFORMATION:

Service Bulletin and Safety Bulletin parts are excluded from the standard RMA policy and cannot be returned. To assure we can update as many units as soon as possible, please only place orders to update units in current inventory and customer units.

| 2015-2016 Sportsman 850 1-Up models | |
|---|---|
| SAFETY BULLETIN # | A-17-01-C |
| CLAIM TYPE | SB (Service Bulletin) |
| LABOR ALLOWANCE | 1.7 hrs. (102 minutes) |
| PART NUMBER / DESCRIPTION | 2207196 (QTY.1) – K-SHIELDS, SPMN TRAIL<br>7170107 (QTY.1) - Service Bulletin Completion Decal |
| PARTS AVAILABILITY | Available to order |
| UNIVERSITY OF POLARIS VIDEO TRAINING REQUIREMENT | YES [1] |
| PHOTO REQUIRED WITH WARRANTY CLAIM | YES [2] |

[1] Polaris requires one person from a dealership to be certified before parts ordering may occur and two people from a dealership to be certified before warranty claims may be processed.
[2] See steps in A-17-01-C repair procedure for photo requirements and where to submit photos.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 2 of 35)

## ACCESSORY REMOVE & REPLACE LABOR:

Polaris will cover labor for the removal and installation of accessories required to complete the bulletin work. Follow the steps below to obtain reimbursement.

For accessory removal and installation up to 1 hour of labor:
1. Start a new warranty claim under the Service and Warranty dropdown and enter the VIN.
2. Enter the Date Failed and Date Repaired information into the applicable fields.
3. Enter "A-17-01-C" in the Authorization field.
4. Enter the miles and hours.
5. Enter the labor time up to 1 hour.
6. Enter "A-17-01-C" in the CONCERN and CAUSE fields. In the CORRECTION field, enter "ACCESSORY REMOVAL AND INSTALLATION".
7. Add part 0000541, quantity 1.
8. Enter warranty fail codes 103/430/151.
9. Validate the parts.
10. Save and submit the claim to Polaris.

For accessory removal and installation over 1 hour of labor:
1. Start a new Ask Polaris Case, Service & Warranty Question > Authorization: Non-Cosmetic & Polaris ESC or Authorization: Out of Warranty.
2. Enter your contact information and VIN, along with miles and hours into the applicable fields.
3. Enter "A-17-01-C" in the CONCERN and CAUSE fields. In the CORRECTION field, enter "ACCESSORY REMOVAL AND INSTALLATION".
4. Enter warranty fail codes 103/430/151.
5. Add part 0000541, quantity 1.
6. Attach photos of the vehicle and accessories sufficient to support the labor time requested.
7. Submit the case to Polaris.

## STOCK PART WARRANTY CLAIMS:

Dealers should review their service parts inventory and ensure the following service parts are **NOT** used for any repairs.

| Part Number | Description |
|---|---|
| 2635711 | Right-Hand Exhaust Side Panel |
| 5260610 | Footwell Shield |
| 5254434 | Rear Cab Heat Shield |

Please use the following process for filing PART STOCK warranty claim for any of the parts listed above.
1. Start a new Parts Stock warranty claim.
2. Select Product Line: ATV.
3. Enter the Date Failed and Date Repaired information into the applicable fields.
4. Enter "A-17-01-C" in the CONCERN field.
5. Enter "A-17-01-C" in the CAUSE field.
6. Enter "A-17-01-C" in the CORRECTION field.
7. Enter the part number and quantity.
8. Enter warranty fail codes: 103/430/151.
9. Validate the parts.
10. Save and submit the claim to Polaris.

| NOTE |
|---|
| Polaris requires dealers to maintain warranty records, including repair orders and supporting documentation for five years. All claims for additional labor, dealer transport/travel or part stock claims for A-17-01-C are subject to audit and inspection. Infractions will result in chargebacks and fines in accordance with the Polaris Audit Policy. |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 3 of 35)

## SAFETY BULLETIN CONTACT LIST & SCHEDULING TOOL:

A new scheduling tool is available for dealers to keep a record of customers contacted and scheduled for bulletin repairs. This optional tool provides visibility for your dealership and will be helpful to track the status of scheduled service. For more information, log in to http://www.universityofpolaris.com

## WARRANTY COVERAGE PERIOD:

Warranty coverage for Safety Bulletin A-17-01-C will begin March 21, 2017. This bulletin has no expiration date.

## DISPOSAL INFORMATION:

Under no circumstances shall the parts removed in this repair be re-used, sold, or re-purposed for another application. It is your dealership / distributor's responsibility to make sure every part replaced (related to this bulletin) is taken out of circulation and disposed of properly.

## SERVICE BULLETIN COMPLETION DECAL:

A Service Bulletin Completion Decal must be completed for this bulletin repair. Remove the seat and place the decal on the clutch cover assembly. **DO NOT** place the decal on the warning decal on the clutch cover. If you require more decals, order them through normal Polaris parts ordering channels.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 4 of 35)

## A-17-01-C AUDIT CHECKLIST:

| IMPORTANT |
|---|
| Several steps of this procedure require an audit by another A-17-01-C certified dealership representative other than the technician who is completing the repair. Completing these check backs is a critical component to ensuring the repair has been properly completed.<br>An audit checklist will be provided with each kit. It must be completed and retained with the instruction sign-off and repair order. |

- ☐ Verify the rear cab is not deformed.
- ☐ Verify that the trimmed edge of the footwell does not contact the new exhaust manifold side panel.
- ☐ Verify all plastic fragments, dust, and foreign debris have been removed from the engine / exhaust system.
- ☐ Verify that all heat shield foils listed have been installed properly, and that the picture demonstrating this was taken.
- ☐ Verify the new clutch outlet duct and rubber clutch duct are securely installed.
- ☐ Verify the new exhaust manifold side panel has been installed and the original exhaust manifold side panel has been discarded.
- ☐ Verify the taillight harness is properly retained by the clasp and the shielded tubing is not damaged.
- ☐ Verify the picture taken aligns with the example and all shields are visible.
- ☐ Verify the rear cab heat shield is bent down and wraps around the corner of the storage box and tail light harness.
- ☐ Verify the taillight connectors are fully seated and the taillights function properly.
- ☐ Verify that all new heat shields have been installed and all old heat shields have been inspected for damage.

## UNIVERSITY OF POLARIS VIDEO TRAINING REQUIREMENT:

Each member of your service department team must review this Safety Bulletin in its entirety. One member of your service department team must watch the training video prior to ordering parts. Two members of your service department team must watch the training video prior to completing **ANY** work, or submitting **ANY** warranty claim for this Safety Bulletin. Any Service member performing this bulletin **MUST** be certified. The videos must be watched through the University of Polaris in order to get credit for watching the videos.

www.universityofpolaris.com

## FEEDBACK FORM:

A feedback form has been created for the technician to provide POLARIS with an overall satisfaction rating for the instructions, provide comments on your experience or upload pictures/videos from a specific repair. This feedback form is viewable on a mobile device by scanning the QR code shown or by clicking HERE if viewing this document electronically.

**FEEDBACK FORM**



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 5 of 35)

**APPLICATION:** 2015-2016 SPORTSMAN 850 1-Up

## A-17-01-C KIT CONTENTS (P/N 2207196):

| PART DESCRIPTION | PART NUMBER | QTY | IMAGE |
|---|---|---|---|
| Exhaust Manifold Side Panel | 2636626 | 1 |  |
| Rear Cab Heat Shield | 5263209 | 1 |  |
| Rubber Clutch Duct | 5416051 | 1 |  |
| Clutch Outlet Duct | 5454086 | 1 |  |
| Seat Heat Shield Foil | 5814630 | 1 |  |
| Cab Heat Shield Foil | 5814631 | 1 |  |
| Side Heat Shield Foil | 5814632 | 1 |  |
| Tail Light Heat Shield | 5264567 | 1 |  |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 6 of 35)

POL_SPT_RJ_00000069.0006

| Rack Support Heat Shield | 5264561 | 1 |  |
|---|---|---|---|
| Front Cab Heat Shield | 5264562 | 1 |  |
| Footwell Heat Shield | 5264564 | 1 |  |
| Nylon Plastic Dart Clip | 7670090 | 3 |  |
| M6 Flange, Nyloc Nut | 7547274 | 2 |  |
| Rvt-Pop,3/16,.126-.250,Alum | 7662090 | 3 |  |
| Scr-Txth-M6x1.0x25 | 7519650 | 3 |  |
| Clip-"U",M6.0x1.0 | 7547366 | 1 |  |
| A-17-01-C Bulletin Completion Instructions & Dealer Confirmation | 9927869 | 1 | |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 7 of 35)

CONFIDENTIAL, PROTECTED BY COURT ORDER

## TOOLS REQUIRED:

- Multi-function Pliers (Tuflok removal tool)
- T-27 Torx Driver
- T-40 Torx Driver
- 10 mm Combination Wrench
- 6 mm, 17 mm, 10 mm, and 11 mm Sockets
- Locking Pliers
- Suitable Flat Bladed Tool
- Hand Held Drill
- 3/16" Drill bit
- Rivet Gun
- Scissors or Utility Knife
- Paper
- Half Round File (shown below)

- Paint Pen (White or Yellow)
- Brake Clean or Comparable Solvent
- Water
- Sponge or Cloth
- Lint Free Cloth
- Driver for Sockets (Breaker Bar, Ratchet, or equivalent)
- Dish Soap
- DREMEL® with a two flute bit intended for plastics, a Reciprocating Saw or Similar Device (shown below)





The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 8 of 35)

CONFIDENTIAL, PROTECTED BY COURT ORDER

## A-17-01-C REPAIR PROCEDURE

### PART 1: A-17-01-C COMPONENT REMOVAL

| WARNING |
|---|
| Allow the vehicle to adequately cool before beginning this procedure. Servicing Engine and Exhaust system components before they cool may lead to severe burns. |

| WARNING |
|---|
| All Tuflok rivets removed during this procedure must be accounted for. If you drop any part of a Tuflok you must locate and remove it from the vehicle before this procedure is complete. |

| IMPORTANT |
|---|
| Thoroughly read these instructions, and the A-17-01-C Bulletin Completion Instructions & Dealer Confirmation provided with the service kit. <br><br> If you wish to view the full video procedure, it is available by scanning the QR code or clicking HERE. |

1. Remove the seat.

2. Using multi-function pliers and a T-27 Torx driver, remove the three Tuflok fasteners ① and screw ② retaining the lower half of the right-hand upper side panel.



3. Remove the upper side panel ③.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 9 of 35)

4. Using a multi-function pliers, remove the seven Tuflok fasteners ④ retaining the exhaust manifold side panel, footwell, and rear cab.

| NOTE |
|------|
| One tuflok will not be re-used, and can be discarded. |

5. Remove the exhaust manifold side panel and discard ⑥.

| NOTE |
|------|
| Pull the front edge of the rear cab away from the vehicle and slide the exhaust manifold side panel ⑥ forward to remove. |

| IMPORTANT |
|-----------|
| Discard the original exhaust manifold side panel at this time. |



6. Using multi-function pliers, remove the five Tuflok fasteners ⑦ retaining the rear cab.

7. Using a T-27 Torx driver, remove the center four screws ⑧ retaining the rear cab assembly.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 10 of 35)

8.  Disconnect the main wiring harness from both taillights.



9.  Remove the taillight harness ⑩ from storage compartment clasps and hinge clip.

| IMPORTANT |
| --- |
| Inspect the taillight wiring harness. If the convoluted tubing or reflective tape is damaged, take photos of the affected components and submit an ASK Polaris case for review by Tech Service.<br>Convoluted Tubing: 8360056-31<br>Foil Tape Wrap: 5814693 |



10. Remove the rear cab assembly ⑪.

11. Remove the Tuflok fastener ⑫ retaining the clutch outlet duct.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 11 of 35)

12. Using a 6 mm socket, remove the two worm clamps ⑬ retaining the clutch outlet duct.

| NOTE |
| --- |
| Retain worm clamps for installation of new duct. |



13. Discard the outlet duct boot, and clutch duct and the fiber foil attached to the outlet duct.

| IMPORTANT |
| --- |
| Discard the outlet duct boot, and clutch outlet duct with attached fiber foil. |



14. Using a multi-function pliers, remove the nylon plastic dart clips ⑯ and Tuflock fastener ⑰ that retain the rear cab heat shield ⑱.

| IMPORTANT |
| --- |
| Discard the original rear cab heat shield and fasteners (three dart clips and one Tuflok) at this time. |



15. Inspect the rear cab ⑲.



| IMPORTANT |
| --- |
| If the rear cab ⑲ is deformed, take photos of the affected components and submit an ASK Polaris case. |

| IMPORTANT – AUDIT STEP |
| --- |
| A secondary dealer representative must verify the rear cab is not deformed. |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 12 of 35)

16. Open the rear storage compartment. Using a ratchet, and 10 mm socket remove the four fasteners retaining the storage compartment. Release harness from retaining clasps and remove the storage box and rear bumpers.



17. Verify the exhaust worm clamp ⑳ is in good condition and fastened as shown.

<table>
<tr><td align="center"><b>NOTE</b></td></tr>
</table>

| NOTE |
| --- |
| If the clamp is missing or damaged, file an ASK Polaris case requesting replacement. |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 13 of 35)

## PART 2: A-17-01-C COMPONENT TRIMMING

1. Cut out the template provided on page 3 of A-17-01-C Bulletin Completion Instructions & Dealer Confirmation (9927869) using a scissors or utility knife.

**Application:** 2015-2016 Sportsman 850 1-UP



2. Place the provided template ① on the right-hand footwell ② as shown, then mark the perimeter of the template to outline the area to be trimmed with a paint pen.

| NOTE |
| --- |
| Use the inside and back edges of the footwell to locate the template. |



3. Remove the template.



4. Trim the footwell using a DREMEL® with a two flute bit intended for plastics, a reciprocating saw or similar device leaving some material between the trim line and the paint pen line.

| NOTE |
| --- |
| Do not trim up to the line with one cut. Cut the majority of the material then file up to the line, but leave the line. |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 14 of 35)

5. Using a DREMEL® with a two flute bit intended for plastics, a reciprocating saw or similar device, trim the footwell corner in line with the template (area circled in red shown in the **Before** and **After** images below).

**Before**



**After**



6. Test fit the new panel to verify the footwell area trimmed does not contact the exhaust manifold side panel when the lower mounting surface is contacting the footwell.

   A. Align the mounting holes.
   B. Press the exhaust manifold side panel against the footwell applying pressure at or near the holes.
   C. Slide a piece of paper along the gap between the two panels.
   - If the paper slows or stops or the metal shield makes contact with the footwell, use a half-round file to trim the footwell to create a clearance gap between the components.
   - If the paper freely travels the length of the gap, and the metal shield does not contact the footwell, proceed to the audit and following steps.



| IMPORTANT – AUDIT STEP |
| --- |
| A secondary dealer representative must verify that the trimmed edge of the footwell does not contact the new exhaust manifold side panel. |
| If a piece of paper does not freely slide between the panels, continue to trim the panel using a half round file until the paper passes freely the entire length of the gap. |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 15 of 35)

CONFIDENTIAL, PROTECTED BY COURT ORDER

7. Using a half-round file, file and deburr the trimmed footwell ③.  Ensure the footwell is clean, free of burrs, and maintains rider appeal. Verify trimmed area appears as shown in the illustration below.



8. Ensure all plastic fragments, dust, and foreign debris have been removed from the engine / exhaust system.

<table>
<tr><td style="background:green;color:white;text-align:center"><strong>IMPORTANT – AUDIT STEP</strong></td></tr>
<tr><td>A secondary dealer representative must verify all plastic fragments, dust, and foreign debris have been removed from the engine / exhaust system.</td></tr>
</table>

| IMPORTANT – AUDIT STEP |
| --- |
| A secondary dealer representative must verify all plastic fragments, dust, and foreign debris have been removed from the engine / exhaust system. |

| CAUTION |
| --- |
| Prior to cleaning, test a discreet portion of the footwell to ensure the solvent used does not damage the footwell finish. |

9. Clean the footwell to ensure any paint or markings have been removed with brake clean or comparable solvent.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 16 of 35)

## PART 3: A-17-01-C HEAT SHIELD PREPARATION

| IMPORTANT |
|---|
| Remove any / all part number decal labels from the new shields prior to installation onto the vehicle. |
| Ensure that all punched holes/slots have all loose or excess material removed prior to install. |

1. Locate the seat ①, upper side panel ②, and rear cab ③ to prepare for heat shield install.



2. Thoroughly clean the bottom surface of the seat base ④ with warm soapy water and a sponge or cloth. Dry the seat base with a lint free cloth.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 17 of 35)

3. Install the seat heat shield foil (5814630) on the seat base.



**NOTE**

Align the holes in the seat heat shield foil (5814630) with the seat pins ⑤. From the front, peel back the front half of the backing material, and press the foil onto the seat base from the posts moving forward. Proceed with removing the rest of the backing material, and applying the rear section, moving from the center to the rear.

**IMPORTANT**

There are holes/slots punched in the foil material to allow seat venting/draining. Ensure all punched out areas have any remaining material removed prior to installation.



4. Thoroughly clean the highlighted surface of the rear cab with warm soapy water and a sponge. Dry the rear cab with a lint free cloth.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 18 of 35)

POL_SPT_RJ_00000069.0018

5.  Install the cab foil (5814631) ⑥ on to the rear cab as shown.



| NOTE |
| :---: |
| Align the hole ⑦ in the rear cab foil ⑥ with the hole in the rear cab. |

6.  Thoroughly clean highlighted surface of the upper side panel (back side) with warm soapy water and a sponge or cloth. Dry the upper side panel with a lint free cloth.



7.  Install the side heat shield foil (5814632) on to the upper side shield.

| NOTE |
| :---: |
| Orient the foil on the side panel as shown. Start with adhering the foil directly on the holes, then move inward. The foil does not need to lay smooth, wrinkles are acceptable. |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 19 of 35)

8.  Using an 11 mm socket, remove the three speed nuts retaining the right tail light, and remove the tail light.



9.  Align the tail light heat shield holes with the tail light mounting holes in the cab.
10. Install the tail light and tighten fasteners to specification.



| TORQUE |
| --- |
| Tail Light Fasteners:<br>**Tighten until fully seated** |



**APPLICATION:** 2015-2016 SPORTSMAN 850 1-Up

11. Align the new rear cab heat shield (5263209) with mounting holes, and install the nylon plastic dart clips.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 20 of 35)

12. **Take a picture of the cab, side panel, and seat so that all heat shields/foils on these components are visible. This is one of two pictures required to submit the warranty claim.**

| NOTE |
| --- |
| Examples are provided below. |

| IMPORTANT – AUDIT STEP |
| --- |
| A secondary dealer representative must verify that all heat shield foils listed have been installed properly, and that the picture demonstrating this was taken. |





| NEW HEAT FOILS TO INSTALL | | |
| --- | --- | --- |
| Use the checklist below to verify that the following **NEW** shield foils are installed. | | |
| ☐ | ① Seat Heat Shield Foil | 5814630 |
| ☐ | ② Rear Cab Heat Shield Foil | 5814631 |
| ☐ | ③ Side Panel Heat Shield Foil | 5814632 |
| ☐ | ④ Rear Cab Heat Shield | 5263209 |
| ☐ | ⑤ Tail Light Heat Shield | 5264567 |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 21 of 35)

13. Place the rack support heat shield ⑨ on the machine. Ensure the existing vertical shield is located in the notch of the new rack support shield.



14. Align the rack support heat shield (5264561) ⑨ with the mounting holes on the rack support. Retrieve the T-40 bolts (7519650) and the nyloc nuts (7547274) from the kit and loosely install. Using a T-40 Torx driver and a 10 mm combination wrench, install the fasteners ⑩ that retain the rack support shield. Torque to specification.



15. Clamp the rack support heat shield to the rear exhaust heat shield using a locking pliers.

**TORQUE**

Rack Support Shield Fastener:
**6 ft-lbs (8 Nm)**

16. Using a handheld drill and a 3/16" drill bit, drill a hole in rear exhaust shield using the hole the rear rack support shield as a guide.

**NOTE**

The new rack support shield bolts go through the second and third holes down as shown in the picture. Do not use the top rack support hole as a mounting location.

17. Using a rivet gun and installing from the wheel side of the shield, rivet the rack support shield through the hole drilled in the previous step using the rivet supplied in the kit. Release the locking pliers.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 22 of 35)

## PART 4: A-17-01-C COMPONENT INSTALLATION

| IMPORTANT |
|---|
| Remove any / all part number decal labels from the shields prior to installation onto the vehicle. |

1. Thoroughly clean all surfaces of the inner clutch cover outlet with warm soapy water and a sponge or cloth. Dry the clutch outlet duct with a lint free cloth.

2. Assemble the clutch outlet duct and rubber clutch duct by assembling the rubber ① and plastic ③ halves together. There are alignment features to aid assembly. Reuse one of the worm clamps ② removed during disassembly. Using a 6 mm socket, Torque to specification.

| TORQUE |
|---|
| Worm Clamp: |
| **15 in-lbs. (1.6 Nm)** |



| IMPORTANT |
|---|
| Note the alignment features during assembly to ensure proper part orientation. |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 23 of 35)

3. Install clutch outlet duct assembly ④ on to clutch cover assembly outlet with a worm clamp ⑤ removed during disassembly. Rotate the rear of the clutch duct ④ up until the duct contacts the frame. Torque to specification.

| TORQUE |
| --- |
| Worm Clamp: |
| **15 in-lbs. (1.6 Nm)** |



| IMPORTANT |
| --- |
| Notched portion of the rear of the rubber outlet duct ④ should contact the frame. |



| NOTE |
| --- |
| The lower portion of the rubber outlet duct is shaped to properly fit the clutch cover assembly outlet. |



| IMPORTANT |
| --- |
| When installing the new clutch outlet duct, route the gear case vent line as shown. Ensure the gear case vent line is not pinched or kinked. |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 24 of 35)

CONFIDENTIAL, PROTECTED BY COURT ORDER

POL_SPT_RJ_00000069.0024

4. Install the Tuflok fastener ⑥ that retains the clutch outlet duct.



| IMPORTANT – AUDIT STEP |
| --- |
| A secondary dealer representative must verify the new clutch outlet duct and rubber clutch duct are securely installed. |



5. Pull the upper rear of the footwell towards the right side of the vehicle, then slide the NEW exhaust manifold side panel (2636626) along the head pipe and release the footwell.



| IMPORTANT – AUDIT STEP |
| --- |
| A secondary dealer representative must verify the new exhaust manifold side panel (2636626) has been installed and the exhaust manifold side panel has been discarded. |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 25 of 35)

6. Using a rivet gun, rivet the footwell shield to the front cab shield.



**IMPORTANT**

The mounting tabs on the footwell shield must be mounted to the rear face of the front cab shield. Insert the rivet from the wheel well side of the panel.

7. Install U-clip (7547366) to single hole tab on the footwell heat shield as shown.

**NOTE**

Flat side of clip should be facing towards footwell.

8. Place the front cab heat shield on the frame as shown to prepare for rear cab installation.



9. Install the rear storage compartment and rear corner bumpers. Using a 10 mm socket, install all four storage container bolts and torque to specification.



**TORQUE**

Storage Box Screws:
**Torque until fully seated**

10. Ensure taillight harness ⑫ is properly retained by the clasps on both sides of the rear storage compartment.



**IMPORTANT – AUDIT STEP**

A secondary dealer representative must verify the taillight harness ⑫ is properly retained by the clasp as shown and the shielded tubing is not damaged. If the convoluted tubing or reflective tape is damaged, take photos of the affected components and submit an ASK Polaris case for review by Tech Service.
Convoluted Tubing: 8360056-31
Foil Tape Wrap: 5814639

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 26 of 35)

11. **Take a picture from just above the right rear wheel, pointing toward the center of the machine. Ensure that all heat shields/foils installed are visible. This is one of two pictures required to submit the warranty claim.**

| NOTE |
|---|
| An example photo is provided below. |

| IMPORTANT – AUDIT STEP |
|---|
| A secondary dealer representative must verify that the picture taken aligns with the example and all shields are visible. |



| ⑥ | **Rack Support Heat Shield** | **5264561** |
|---|---|---|
| ⑦ | **Front Cab Heat Shield** | **5264561** |
| ⑧ | **Exhaust Manifold Side Panel** | **2636626** |
| ⑨ | **Footwell Heat Shield** | **5264564** |

12. Place rear cab on rear of machine and align all mounting holes.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 27 of 35)

## IMPORTANT – AUDIT STEP

A secondary dealer representative must verify the Rear Cab Heat Shield is bent down and wraps around the corner of the Storage Box and Tail Light Harness. If it interferes when installing the cab, ensure it is bent back down to match the good example below.



Acceptable – Rear Cab Heat Shield wraps around the corner of the storage box and harness



Unacceptable – Rear Cab Heat Shield interferes with the storage box and harness

13. Plug in both taillights to the taillight connectors on the main wiring harness.

## IMPORTANT – AUDIT STEP

A secondary dealer representative must verify the taillight connectors are fully seated and the taillights function properly.

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 28 of 35)

14. Using a T-27 driver, install the four screws ⑧ that retain the rack. Torque to specification.

| TORQUE |
| --- |
| Rack Screws: |
| **Torque until fully seated** |



15. Install the five Tuflok fasteners ⑨ that retain the rear cab.



16. Install the footwell heat shield by aligning the holes on the shield with the holes on the footwell and cab then loosely install the footwell heat shield screw ⑪ and the Tuflok fasteners ⑫. Using a T-40 driver, torque fastener to specification.

| NOTE |
| --- |
| Verify the footwell heat shield is secured by a screw and two Tuflok fasteners. |

| TORQUE |
| --- |
| Footwell Shield Screw: |
| **Torque until fully seated.** |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 29 of 35)

17. Install the remaining four Tuflok fasteners ⑬ that retain the rear cab.



| IMPORTANT |
|---|
| Verify the NEW exhaust manifold side panel tab is on top of the tab on the front cab shield as shown. |



18. Loosely install the upper side ⑮ panel by sliding it down over the shifter.

19. Align the upper side panel tabs with the slots in the front cab and snap the panel in place.

20. Install the three Tuflok fasteners ⑱. Using a T-27 driver, install the screw ⑲ that retains the right-hand upper side panel. Torque to specification.

| TORQUE |
|---|
| RH Upper Side Panel Screw ⑰: |
| **Torque until fully seated.** |



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 30 of 35)

APPLICATION: 2015-2016 SPORTSMAN 850 1-Up

## PART 5: A-17-01-C HEAT SHIELD INSPECTION

If any of the components are found to be missing or damaged, take photos of the affected components and submit an ASK Polaris case for replacement approval.

| IMPORTANT – AUDIT STEP |
|---|
| A secondary dealer representative must verify that all new heat shields have been installed and all old heat shields have been inspected for damage. |

| WARNING |
|---|
| Ensure any aftermarket exhaust wrap has been removed. Exhaust wrap may absorb fuel or oil and present a potential fire hazard. |

**SPORTSMAN 850 1-Up**



| OLD HEAT SHIELD TO INSPECT | | | NEW HEAT SHIELDS TO INSTALL | | |
|---|---|---|---|---|---|
| Use the checklist below to verify that the following shields are **NOT** removed and are in good condition. Be sure to check each box as you verify each shield has not been removed. | | | Use the checklist below to verify that the following **NEW** shield is installed. Be sure to check the box as shield installation is complete. | | |
| ☐ | ① Exhaust Spring Heat Shield | 5253865 | ☐ | ⑤ Rear Cab Heat Shield | 5263209 |
| ☐ | ② Exhaust Heat Shield | 5252515 | ☐ | ⑥ Rack Support Heat Shield | 5264561 |
| ☐ | ③ Storage Box Heat Shield | 5252266 | ☐ | ⑦ Front Cab Heat Shield | 5264562 |
| ☐ | ④ Storage Box Heat Shield | 5254243 | ☐ | ⑧ Exhaust Manifold Side Panel | 2636626 |
| | | | ☐ | ⑨ Footwell Heat Shield | 5264564 |
| | | | ☐ | ⑩ Tail Light Heat Shield | 5264567 |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 31 of 35)

**APPLICATION:** 2015-2016 SPORTSMAN 850 1-Up

1. Install the bulletin completion decal (7170107) on the clutch cover assembly. **DO NOT** place the bulletin decal on the warning decal.

2. Install the seat.



The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 32 of 35)

 POL_SPT_RJ_00000069.0032

**IMPORTANT – AUDIT STEP**

**Two photos are required for warranty claim submission. A secondary dealer representative must verify both pictures to ensure proper final heat shield inspection. Examples of both images required are included on the following pages.**

**EACH WARRANTY CLAIM MUST HAVE TWO PHOTOS ATTACHED TO THE CLAIM**

### 850 1-UP New Heat Foils



| | | |
|---|---|---|
| ① | **Seat Heat Shield Foil** | **5814630** |
| ② | **Rear Cab Heat Shield Foil** | **5814631** |
| ③ | **Side Panel Heat Shield Foil** | **5814632** |
| ④ | **Rear Cab Heat Shield** | **5263209** |
| ⑤ | **Tail Light Heat Shield** | **5264567** |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 33 of 35)

POL_SPT_RJ_00000069.0033

## 850 1-UP New Heat Shields



| ⑥ | Rack Support Heat Shield | 5264561 |
|---|---|---|
| ⑦ | Front Cab Heat Shield | 5264561 |
| ⑧ | Exhaust Manifold Side Panel | 2636626 |
| ⑨ | Footwell Heat Shield | 5264564 |

The information contained within this Bulletin is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Ind. This Safety Bulletin is provided for the sole use of authorized Polaris dealers and distributors. This Safety Bulletin is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Ind. (Page 34 of 35)

<table>
<tr><td style="background:red;color:white;text-align:center">

**STOP!**
</td></tr>
<tr><td>Proceed to the A-17-01-C Bulletin Completion Instructions & Dealer Confirmation provided with the service kit to complete the Technician Completion Certification.</td></tr>
</table>

| **WHEN REPAIRS ARE COMPLETE AND READY TO FILE A CLAIM** |
| --- |

1. Go to **Start a New Warranty Claim.**

2. Enter bulletin number A-17-01-C and select the appropriate model number.

3. Enter Serial Number/VIN and click **Save and Continue**. Submit the photos with the warranty claim using the **Browse** button. Once the correct photo is selected, click the **Upload Photo** button. Repeat for the second picture.

4. Ensure the **Person Completing the Repair** and **Signature of Service Manager, Owner, or Lead Technician performing Check-back** fields have been completed.

5. Click **Send Claim**.

6. The photo(s) will be reviewed by Polaris AFTER the claim has been processed.

# SAFETY RECALL NOTICE

## PLEASE READ IMMEDIATELY

VIN:                    A-17-01-C
Consumer Name
Address
City, State ZIP

Dear Polaris Sportsman Owner,

In cooperation with the U.S. Consumer Product Safety Commission (CPSC), Polaris Industries Inc. has issued Safety Bulletin A-17-01-C for all Model Year 2015 - 2016 Sportsman 850 1-Up models.

*The reason for this recall:*
Model year 2015 - 2016 Sportsman 850 1-Up vehicles were manufactured with a right-hand side panel that, in some cases, may make contact with the exhaust manifold.  The resulting contact between the side panel and exhaust may pose a fire hazard.

*What you should do:*
Please contact your local Polaris Sportsman dealer at your earliest convenience to schedule an appointment to have the recall completed.  If your dealer is certified to complete this recall, discuss parts availability, their schedule and how long they will need to keep your vehicle to complete the updates. When picking up your Sportsman after the work has been completed, your Polaris dealer should step through the repair quality audit checklist with you prior to you accepting the repaired vehicle back.

*What Polaris and your dealer will do:*
To resolve this concern, service kits have been developed and made available for affected models. This recall instructs dealers to install a rear cab heat shield foil, seat heat shield foil, side panel heat shield foil, rear cab heat shield, front cab heat shield, rack support heat shield, tail light heat shield, and to replace the exhaust manifold side panel and clutch outlet duct, as well as inspect existing heat shields on your vehicle.

**DO NOT OPERATE YOUR VEHICLE UNTIL THIS RECALL HAS BEEN COMPLETED BY YOUR POLARIS SPORTSMAN DEALER.**

This notice was mailed to you according to our most current registration information. If you no longer own this vehicle, or if some of the contact information in this notice is incorrect, please contact your local Polaris Sportsman dealer to complete a transfer of ownership.

While your Polaris Sportsman dealer is in the best position to answer your questions, if you have any questions your dealer cannot address, you may call our Customer Service Department at: 1-800-POLARIS (765-2747).  If you need assistance contacting or locating a Polaris Dealer, please call 1-800-POLARIS or visit the Polaris web site at www.polaris.com.

We apologize for this inconvenience and assure you that we are committed to customer satisfaction and providing world class products for riders to enjoy.

Sincerely,

**Polaris Off-Road Vehicles**

**SUBJECT: Recall Campaign**
**2015-2016 Polaris Sportsman – Heat Shield**
**2015-2016 Sportsman 850 1-Up models**
**Reference: Polaris SPORTSMAN Safety Recall Notice 2017138**
**PLEASE READ IMMEDIATELY**

VIN:                          A-17-01-C
Consumer Name
Address
City  State ZIP

Dear Polaris Sportsman Owner:

This notice is sent to you in accordance with the requirements of the Canada Motor Vehicle Safety Act. Polaris Industries Inc. has issued Safety Bulletin A-17-01-C for all Model Year 2015 - 2016 Sportsman 850 1-Up models.

***The reason for this recall:***
Model year 2015 - 2016 Sportsman 850 1-Up vehicles were manufactured with a right-hand side panel that, in some cases, may make contact with the exhaust manifold.  The resulting contact between the side panel and exhaust may pose a fire hazard.

***What you should do:***
Please contact your local Polaris Sportsman dealer at your earliest convenience to schedule an appointment to have the recall completed.  If your dealer is certified to complete this recall, discuss parts availability, their schedule and how long they will need to keep your vehicle to complete the updates. When picking up your Sportsman after the work has been completed, your Polaris dealer should step through the repair quality audit checklist with you prior to you accepting the repaired vehicle back.

***What Polaris and your dealer will do:***
To resolve this concern, service kits have been developed and made available for affected models. This recall instructs dealers to install a rear cab heat shield foil, seat heat shield foil, side panel heat shield foil, rear cab heat shield, front cab heat shield, rack support heat shield, tail light heat shield, and to replace the exhaust manifold side panel and clutch outlet duct, as well as inspect existing heat shields on your vehicle.

**DO NOT OPERATE YOUR VEHICLE UNTIL THIS RECALL HAS BEEN COMPLETED BY YOUR POLARIS SPORTSMAN DEALER.**

This notice was mailed to you according to our most current registration information. If you no longer own this vehicle, or if some of the contact information in this notice is incorrect, please contact your local Polaris Sportsman dealer to complete a transfer of ownership.

While your Polaris Sportsman dealer is in the best position to answer your questions, if you have any questions your dealer cannot address, you may call our Customer Service Department at: 1-800-POLARIS (765-2747).  If you need assistance contacting or locating a Polaris Dealer, please call 1-800-POLARIS or visit the Polaris web site at www.polaris.com.

We apologize for this inconvenience and assure you that we are committed to customer satisfaction and providing world class products for riders to enjoy.

Sincerely,

**Polaris Off-Road Vehicles**

---

Lessors receiving this recall notice please forward a copy of this notice to the lessee within 10 days. If you are no longer the owner of the Polaris Sportsman indicated by this letter, please contact your local Polaris Sportsman dealer to have the ownership information changed.

Polaris Industries Ltd.
Consumer Service Department
50 Prairie Way
Winnipeg, MB, CA R2J – 3J8                                                                    Ref: A1701