# EXHIBIT 12



# Service Advisory

*Published for Polaris Dealerships, Distributors, and Service Technicians*

Division: ATV
Article: ASA-17-01A - G
Date: July 21, 2017

EXPIRATION DATE: December 31, 2018

## SUBJECT:
2014 - 2017 Sportsman 570 1-UP, TRNG, X2, UTE / 2016 – 2017 Sportsman 450HO 1-UP Optional RH Side Panel Close Off Kits

## PURPOSE:
Polaris has released an optional Service Advisory ASA-17-01A-G for a right hand side panel close off kit that may improve a customer's riding experience under certain riding conditions. This kit specifically addresses use scenarios where riders have experienced discomfort from heat emanating from the engine compartment into the right side foot well area while operating or towing at slow speeds, even when wearing appropriate riding gear.

NOTE: This Service Advisory is not a required update. Coverage is optional and should only be offered to customers that experience discomforting engine and exhaust heat emanating into the right hand foot well area while driving or towing at slow speeds. Appropriate riding gear is required (over the ankle boots and pants). Dealers should evaluate each situation independently and are free to perform updates to their inventory as a preventative measure and to consumer owned units, if requested.

*Polaris reserves the right to expire this Service Advisory prior to the published expiration date for any reason. This Service Advisory for goodwill coverage is separate from, and does not alter or otherwise affect the terms of any existing warranty.*

This Service Advisory provides goodwill parts and labor coverage until December 31, 2018 for riders that have experienced discomfort due to heat from the RH side panel / foot well area.

## CUSTOMER NOTIFICATION:
No immediate action is required on your part as Polaris will mailing notification letters to all registered owners of affected vehicles as update kits become available. If a consumer contacts you with a concern, please order the appropriate kit, schedule the repair, complete the work and file the claim.

Again, as noted, because this is an optional goodwill offer, we are leaving the choice to update vehicles up to dealer and/or consumer discretion. Dealers are free to perform updates to their inventory and to consumer units, if requested.

## UPDATE KIT OVERVIEW:
Polaris has developed seven update kits to support this Service Advisory. Each update kit is specifically designed and tested for a specified group of models / model years. Please reference the Service Advisory Affected Models and Warranty Claim / Parts tables beginning on page two to determine update kit model use and applicable warranty / parts details.

## REPAIR INFORMATION / INSTRUCTIONS:
Printed instructions are not included in the kits. Refer to the kit instructions online by going to Service and Warranty → Kit Instructions Lookup on your dealer website.

## OVERALL PROGRAM START/END DATES:
Subject to early expiration by Polaris in its sole discretion and for any reason, Service Advisory ASA-17-01A - G begins on July 21, 2017 and expires on December 31, 2018.

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 1 of 5)

## SERVICE ADVISORY ASA-17-01A AFFECTED MODELS:

| Model Years | Model Numbers | Model Descriptions |
|---|---|---|
| 2014 - 2015 | A14MH57AA/AC/AD/FA/FJ TD, A14MH5EAA/AC/AJ/FJ/FK A15SEA57AA/AC/AD/HA/LD, A15SEH57AD, A15SET57CA, A15SES57CA, A15SES57CJ, A15SHD57AC, A15SHE57AM/AS/HS, A15SHL57AK, A15SHS57CS, A15SJE57HI, A15SEE57AA/AC/AJ/HA/HC/HJ | All non-EU Quadricycle MY14-15 Sportsman 570 1-UP Models |

## ASA-17-01A WARRANTY CLAIM / PARTS INFORMATION:

| 2014 - 2015 570 1-UP (excluding EU Quadricycles) | |
|---|---|
| SERVICE ADVISORY # | ASA-17-01A |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.7 Hr. (42 minutes) |
| PART NUMBER / DESCRIPTION | 2207443 - K-CLOSE OFF,1UP,MY14-15 |
| PARTS AVAILABILITY | Limited availability beginning the week of July 31, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928662 |

## SERVICE ADVISORY ASA-17-01B AFFECTED MODELS:

| Model Years | Model Numbers | Model Descriptions |
|---|---|---|
| 2014 - 2015 | A14DH57AA / AJ / FJ, A14MX5ETH, A15SDE57AJ A15SUH57AH, A15SJE57AS / AV, A15SDA57AA / FH / HA / HH / LJ A15SWE57AA / AD / FA | All MY14-15 Sportsman 570 Touring, X2, UTE Models |

## ASA-17-01B WARRANTY CLAIM / PARTS INFORMATION:

| 2014 - 2015 570 Touring / X2 / UTE | |
|---|---|
| SERVICE ADVISORY # | ASA-17-01B |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.7 Hr. (0:42 minutes) |
| PART NUMBER / DESCRIPTION | 2207444 - K-CLOSE OFF,TRG,MY14-15 |
| PARTS AVAILABILITY | Expected limited availability in-stock date of August 21, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928663 |

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 2 of 5)

## SERVICE ADVISORY ASA-17-01C AFFECTED MODELS:

| Model Years | Model Numbers | Model Descriptions |
|---|---|---|
| 2016 - 2017 | A16SAA57N1, A16SBA57N1, A16SBT57C1 / F1, A16SEA45A1 / A5 A16SEA57A1 / A3 / A7 / A8 / A9 / L3 / L7 / L8 / N1 A16SED57A2, A16SEE45A1 A16SEE57A1 / A3 / A5 / A7 / A9 / N1 / N2 A16SEH57A7, A16SES57C1 / C2 / F1 / F2 A16SET57C1 / C7, A16SHD57A9 / AR, A16SHE57AM / AS / NM A16SHS57CM, A17SAH50A5, A17SEA50A1 / A5 A17SEA57A1 / A5 / A7 / A9 / F1 / L7 / L8 / N1, A17SEE50A1 A17SEE57A1 / A7 / A9 / F1 / F2 / FL / K1 / N1 / NL A17SEF57A4, A17SEG50A4, A17SEH57A7 A17SES57C1 / C2 / C7 / CL / E1 / E2 / E7 / EL / F1 / F2 / FL A17SET57C1 / C2 / E1 / E2 / F1, A17SHD57A9 / AG A17SHE57AL / AS | All non-EU Quadricycle MY16 - 17 Sportsman 450HO / 570 1-UP Models |

## ASA-17-01C WARRANTY CLAIM / PARTS INFORMATION:

| 2016 - 2017 450HO / 570 1-UP (excluding EU Quadricycles) ||
|---|---|
| SERVICE ADVISORY # | ASA-17-01C |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.5 Hr. (30 minutes) |
| PART NUMBER / DESCRIPTION | 2207445 - K-CLOSE OFF,1UP,MY16-17 |
| PARTS AVAILABILITY | Limited availability beginning the week of July 31, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928664 |

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 3 of 5)

## SERVICE ADVISORY ASA-17-01D AFFECTED MODELS:

| Model Years | Model Numbers | Model Descriptions |
|---|---|---|
| 2016 - 2017 | A16SDA57A1 / L2 / N2, A16SDE57A2 / N2 A16SDS57C2, A16SJE57AB, A16SUE57F1 A16SUH57N6, A16SUS57C1, A16SWE57A1 / A7 A17S6A57A1, A17S6E57A1, A17S6S57C1 / CM A17SDA57A1 / L2 / N2, A17SDE57A2 / N2 A17SDS57C2 / E2, A17SJE57AU, A17SUH57N5 A17SWE57A1 / N1, A17SWS57C1 / C2 | All non-EU Quadricycle MY16 - 17 Sportsman 450HO / 570 Touring / X2 / UTE |

## ASA-17-01D WARRANTY CLAIM / PARTS INFORMATION:

| 2016 - 2017 Sportsman 570 Touring / X2 / UTE (excluding EU Quadricycles) | |
|---|---|
| SERVICE ADVISORY # | ASA-17-01D |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.5 Hr. (30 minutes) |
| PART NUMBER / DESCRIPTION | 2207446 - K-CLOSE OFF,TRG,MY16-17 |
| PARTS AVAILABILITY | Expected limited availability in-stock date of August 21, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928665 |

## SERVICE ADVISORY ASA-17-01E AFFECTED MODELS:

| Model Year | Model Numbers | Model Descriptions |
|---|---|---|
| 2015 | A15SEB57CA / A15SEB57CJ / A15SEC57CA / A15SEC57CJ / A15SHC57CS | All MY15 Sportsman 570 EU Quadricycle 1-UP |

## ASA-17-01E WARRANTY CLAIM / PARTS INFORMATION:

| 2015 Sportsman 570 EU Quadricycle 1-UP | |
|---|---|
| SERVICE ADVISORY # | ASA-17-01E |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.7 Hr. (42 minutes) |
| PART NUMBER / DESCRIPTION | 2207551 - K-CLOSE OFF,1UP,QUAD,MY15 |
| PARTS AVAILABILITY | Expected limited availability in-stock date of August 21, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928687 |

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 4 of 5)

## SERVICE ADVISORY ASA-17-01F AFFECTED MODELS:

| Model Year | Model Numbers | Model Descriptions |
|---|---|---|
| 2016 | A16SBB57C1 / A16SEB57C1 / A16SEB57C2 / A16SEC57C1 A16SEC57C2 / A16SEC57CL / A16SHC57CM | All MY16 Sportsman 570 EU QUAD 1-UP |

## ASA-17-01F WARRANTY CLAIM / PARTS INFORMATION:

| 2016 EU Quadricycle 1-UP ||
|---|---|
| SERVICE ADVISORY # | ASA-17-01F |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.5 Hr. (30 minutes) |
| PART NUMBER / DESCRIPTION | 2207552 - K-CLOSE OFF,1UP,QUAD,MY16 |
| PARTS AVAILABILITY | Expected limited availability in-stock date of August 21, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928688 |

## SERVICE ADVISORY ASA-17-01G AFFECTED MODELS:

| Model Year | Model Numbers | Model Descriptions |
|---|---|---|
| 2016 | A16SDC57C2 / A16SUC57C1 | All MY16 Sportsman 570 EU QUAD Touring Models |

## ASA-17-01G WARRANTY CLAIM / PARTS INFORMATION:

| 2016 Sportsman 570 EU Quadricycle Touring ||
|---|---|
| SERVICE ADVISORY # | ASA-17-01G |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.5 Hr. (30 minutes) |
| PART NUMBER / DESCRIPTION | 2207553 - K-CLOSE OFF,TRG,QUAD,MY16 |
| PARTS AVAILABILITY | Expected limited availability in-stock date of August 21, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928690 |

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 5 of 5)