# EXHIBIT 15



# Service Advisory

Division: ATV  
Article: ASA-17-01C  
Date: July 21, 2017  

Published for Polaris Dealerships, Distributors, and Service Technicians

EXPIRATION DATE: December 31, 2018

## SUBJECT:
2016 - 2017 Sportsman 450HO / 570 1-UP Optional RH Side Panel Close Off Kit

## PURPOSE:
Polaris has released an optional Service Advisory ASA-17-01C for a right hand side panel close off kit that may improve a customer's riding experience under certain riding conditions.  This kit specifically addresses use scenarios where riders have experienced discomfort from heat emanating from the engine compartment into the right side foot well area while operating or towing at slow speeds, even when wearing appropriate riding gear.

NOTE:  This Service Advisory is not a required update.  Coverage is optional and should only be offered to customers that experience discomforting engine and exhaust heat emanating into the right hand foot well area while driving or towing at slow speeds. Appropriate riding gear is required (over the ankle boots and pants). Dealers should evaluate each situation independently and are free to perform updates to their inventory as a preventative measure and to consumer owned units, if requested.

*Polaris reserves the right to expire this Service Advisory prior to the published expiration date for any reason. This Service Advisory for goodwill coverage is separate from, and does not alter or otherwise affect the terms of any existing warranty.*

This Service Advisory provides goodwill parts and labor coverage until December 31, 2018 for riders that have experienced discomfort due to heat from the RH side panel / foot well area.

## CUSTOMER NOTIFICATION:
No immediate action is required on your part as Polaris will mailing notification letters to all registered owners of affected vehicles as update kits become available.  If a consumer contacts you with a concern, please order the appropriate kit, schedule the repair, complete the work and file the claim.

Again, as noted, because this is an optional goodwill offer, we are leaving the choice to update vehicles up to dealer and/or consumer discretion.  Dealers are free to perform updates to their inventory and to consumer units, if requested.

## UPDATE KIT OVERVIEW:
Polaris has developed seven update kits to support this Service Advisory.  Each update kit is specifically designed and tested for a specified group of models / model years.  Please reference the Service Advisory Affected Models and Warranty Claim / Parts tables beginning on page two to determine update kit model use and applicable warranty / parts details.

## REPAIR INFORMATION / INSTRUCTIONS:
Printed instructions are not included in the kits.  Refer to the kit instructions online by going to Service and Warranty → Kit Instructions Lookup on your dealer website.

## OVERALL PROGRAM START/END DATES:
Subject to early expiration by Polaris in its sole discretion and for any reason, Service Advisory ASA-17-01C begins on July 21, 2017 and expires on December 31, 2018.

The information contained within this Service Advisory is confidential      tected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 1 of 3)

# SERVICE ADVISORY ASA-17-01C AFFECTED MODELS:

| Model Years | Model Numbers | Model Descriptions |
|---|---|---|
| 2016 - 2017 | A16SAA57N1, A16SBA57N1, A16SBT57C1 / F1, A16SEA45A1 / A5 A16SEA57A1 / A3 / A7 / A8 / A9 / L3 / L7 / L8 / N1 A16SED57A2, A16SEE45A1 A16SEE57A1 / A3 / A5 / A7 / A9 / N1 / N2 A16SEH57A7, A16SES57C1 / C2 / F1 / F2 A16SET57C1 / C7, A16SHD57A9 / AR, A16SHE57AM / AS / NM A16SHS57CM, A17SAH50A5, A17SEA50A1 / A5 A17SEA57A1 / A5 / A7 / A9 / F1 / L7 / L8 / N1, A17SEE50A1 A17SEE57A1 / A7 / A9 / F1 / F2 / FL / K1 / N1 / NL A17SEF57A4, A17SEG50A4, A17SEH57A7 A17SES57C1 / C2 / C7 / CL / E1 / E2 / E7 / EL / F1 / F2 / FL A17SET57C1 / C2 / E1 / E2 / F1, A17SHD57A9 / AG A17SHE57AL / AS | All non-EU Quadricycle MY16 - 17 Sportsman 450HO / 570 1-UP Models |

## ASA-17-01C WARRANTY CLAIM / PARTS INFORMATION:

| 2016 - 2017 450HO / 570 1-UP (excluding EU Quadricycles) | |
|---|---|
| SERVICE ADVISORY # | ASA-17-01C |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.5 Hr. (30 minutes) |
| PART NUMBER / DESCRIPTION | 2207445 - K-CLOSE OFF,1UP,MY16-17 |
| PARTS AVAILABILITY | Limited availability beginning the week of July 31, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928664 |

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 2 of 3)

## CUSTOMER NOTIFICATION LETTER EXAMPLE:
**NOTE: Polaris will only mail customer notification letters as repair kits become available.**

VIN:

FIRST NAME, LAST NAME
ADDRESS
CITY, ST, ZIP

RE: SERVICE ADVISORY ASA-17-01C

Dear FIRST NAME,

At Polaris, we're committed to customer satisfaction and providing world class products for riders to enjoy or get the job done. Therefore, Polaris has released optional Service Advisory ASA-17-01C that may improve your riding experience under certain riding conditions. This kit specifically addresses use scenarios where riders have experienced discomfort from heat emanating from the engine compartment into the right side foot well area while operating or towing at slow speeds, even when wearing appropriate riding gear.

**RIDER EXPERIENCE:** Some riders may experience discomforting from engine and exhaust heat emanating into the right hand foot well area while operating the vehicle or towing at slow speeds, even when wearing appropriate riding gear (over the ankle boots and pants).

**SOLUTION:** Polaris has developed an optional Right Hand Side Panel Close Off Kit that will redirect a portion of the heat produced by the engine and exhaust away from the right hand foot well area.

**WHAT YOU NEED TO DO:** Determine if your vehicle should have the Service Advisory performed. No action is required if you have not experienced discomforting heat in the right hand foot well area. However, if your riding style meets the conditions described above please contact your local Polaris dealer and schedule an appointment to have this Service Advisory performed on your vehicle. The installation of this kit typically takes less than 60 minutes to perform depending on your vehicle's configuration and your dealer's schedule and is available at no cost to you until expiration on December 31, 2018.

This notice was mailed to you according to our most current registration information. If you no longer own this vehicle, or if some of the contact information in this notice is incorrect, please contact your local Polaris dealer to complete a transfer of ownership, or update your registration.

While your Polaris dealer is in the best position to answer your questions, if you have any questions your dealer cannot address, you may call our Customer Service Department at: 1-800-POLARIS (765-2747). If you need assistance contacting or locating a Polaris Dealer, please call 1-800-POLARIS or visit the Polaris web site at www.polaris.com.

Again, we are committed to customer satisfaction and providing world class products. If you are interested in this update, or have any questions, please contact your dealer to discuss the update further, parts availability, their service schedule, and how long they will need to keep your vehicle to complete the work. If you have any questions, please do not hesitate to contact your dealer or us directly to learn more.

Sincerely,

**Polaris Off-Road Vehicles**

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 3 of 3)