# **EXHIBIT 18**



# Service Advisory

*Published for Polaris Dealerships, Distributors, and Service Technicians*

Division: ATV
Article: ASA-17-01F
Date: July 21, 2017

EXPIRATION DATE: December 31, 2018

## SUBJECT:
2016 Sportsman 570 EU Quadricycle 1-UP Optional RH Side Panel Close Off Kit

## PURPOSE:
Polaris has released an optional Service Advisory ASA-17-01F for a right hand side panel close off kit that may improve a customer's riding experience under certain riding conditions.  This kit specifically addresses use scenarios where riders have experienced discomfort from heat emanating from the engine compartment into the right side foot well area while operating or towing at slow speeds, even when wearing appropriate riding gear.

NOTE:  This Service Advisory is not a required update.  Coverage is optional and should only be offered to customers that experience discomforting engine and exhaust heat emanating into the right hand foot well area while driving or towing at slow speeds. Appropriate riding gear is required (over the ankle boots and pants). Dealers should evaluate each situation independently and are free to perform updates to their inventory as a preventative measure and to consumer owned units, if requested.

*Polaris reserves the right to expire this Service Advisory prior to the published expiration date for any reason. This Service Advisory for goodwill coverage is separate from, and does not alter or otherwise affect the terms of any existing warranty.*

This Service Advisory provides goodwill parts and labor coverage until December 31, 2018 for riders that have experienced discomfort due to heat from the RH side panel / foot well area.

## UPDATE KIT OVERVIEW:
Polaris has developed seven update kits to support this Service Advisory.  Each update kit is specifically designed and tested for a specified group of models / model years.  Please reference the Service Advisory Affected Models and Warranty Claim / Parts tables beginning on page two to determine update kit model use and applicable warranty / parts details.

## REPAIR INFORMATION / INSTRUCTIONS:
Printed instructions are not included in the kits.  Refer to the kit instructions online by going to Service and Warranty → Kit Instructions Lookup on your dealer website.

## OVERALL PROGRAM START/END DATES:
Subject to early expiration by Polaris in its sole discretion and for any reason, Service Advisory ASA-17-01F begins on July 21, 2017 and expires on December 31, 2018.

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 1 of 2)

## SERVICE ADVISORY ASA-17-01F AFFECTED MODELS:

| Model Year | Model Numbers | Model Descriptions |
|---|---|---|
| 2016 | A16SBB57C1 / A16SEB57C1 / A16SEB57C2 / A16SEC57C1<br>A16SEC57C2 / A16SEC57CL / A16SHC57CM | All MY16 Sportsman 570 EU QUAD 1-UP |

## ASA-17-01F WARRANTY CLAIM / PARTS INFORMATION:

| 2016 EU Quadricycle 1-UP ||
|---|---|
| SERVICE ADVISORY # | ASA-17-01F |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.5 Hr. (30 minutes) |
| PART NUMBER / DESCRIPTION | 2207552 - K-CLOSE OFF,1UP,QUAD,MY16 |
| PARTS AVAILABILITY | Expected limited availability in-stock date of August 21, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928688 |

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 2 of 2)