# **EXHIBIT 20**

| *Plaintiff* | *Sportsman ATV Model Name* | *ATV model number* | *ATV VIN* | Applicable Market Action | Completed? (Date Completed) | *POL_SPT_RJ_ Bates No.* |
|---|---|---|---|---|---|---|
| Badilla (Indiana) | 2015 570 EFI Touring | A15SDE57AJ | 4XASDE570FA202816 | ASA-17-01B (July 21, 2017) | No | 604.0002 |
| Bates (New York) | 2016 570 EFI | A16SEA57A1 | 4XASEA576GA596619 | ASA-17-01C (July 21, 2017) | Yes, 8/19/2017 | 650.0001 |
| Johannessohn (Minnesota) | 2015 1000 XP BP PT | A15SXE95AK | 4XASXE956FA652082 | A-17-01-D (March 21, 2017) | Yes, 4/24/2017 | 542.0001 |
| Kelley ATV #1 (Florida) | 2016 1000 XP HL | A16SXM95AL | 4XASXM95XGA260282 | A-17-01-B (March 21, 2017) | No | 566.0002 |
| Kelley ATV #2 (Florida) | 2016 850 HL | A16SXN85A3 | 4XASXN857GA257282 | A-17-01-B (March 21, 2017) | No | 680.0002 |
| Krans ATV #1 (Illinois) | 2016 1000 XP | A16SXE95AR | 4XASXE953GA249467 | A-17-01-D (March 21, 2017) | Yes, 5/4/2017 | 587.0001 |
| Krans ATV #2 (Illinois) | 2016 850 HL | A16SXN85A3 | 4XASXN859GA257297 | A-17-01-B (March 21, 2017) | No | 713.0001 |
| Pinion (North Carolina) | 2016 1000 XP HL | A16SXM95AL | 4XASXM953GA261645 | A-17-01-B (March 21, 2017) | No | 660.0001 |
| Wonders (Missouri) | 2016 570 Touring SP | A16SJE57AB | 4XASJE577GA261405 | ASA-17-01-D (July 21, 2017) | No | 677.0002 |