# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RILEY JOHANNESSOHN, DANIEL C. BADILLA, JAMES KELLEY, RONALD KRANS, KEVIN R. WONDERS, WILLIAM BATES, JAMES PINION, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC.,<br><br>Defendant. | Case No. 0:16-cv-03348-PJS-LIB<br><br>**MEET-AND-CONFER STATEMENT REGARDING POLARIS INDUSTRIES INC.'S MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER TO SET DEADLINES FOR CERTIFICATION DISCOVERY AND MOTIONS AND TO LIMIT INITIAL DISCOVERY TO CERTIFICATION ISSUES** |

In accordance with Local Rule 7.1, Defendant Polaris Industries Inc. certifies that its counsel met and conferred with the plaintiffs' counsel by telephone regarding its Motion to Amend the Pretrial Scheduling Order to Set Deadlines for Certification Discovery and Motions and to Limit Initial Discovery to Certification Issues (Docket No. 76). The parties do not agree on the resolution of any part of the motion.

Date: December 4, 2017.                          Respectfully submitted,

                                              s/Nathan J. Marcusen
Paul G. Cereghini (pro hac vice)
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ  85012
Telephone:  (602) 643-2300
Fax:  (602) 248-0947
paul.cereghini@bowmanandbrooke.com

Mary T. Novacheck (#0184792)
Nathan J. Marcusen (#0386875)
Isaac W. Messmore (#0393276)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN  55402
Telephone:  (612) 339-8682
Fax:  (612) 672-3200
nathan.marcusen@bowmanandbrooke.com
ike.messmore@bowmanandbrooke.com

Robert L. Wise (pro hac vice)
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA  23219
Telephone:  (804) 649-8200
Fax:  (804) 649-1762
rob.wise@bowmanandbrooke.com

***Attorneys for Defendant***