# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RILEY JOHANNESSOHN, DANIEL C. BADILLA, JAMES KELLEY, RONALD KRANS, KEVIN R. WONDERS, WILLIAM BATES, JAMES PINION, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC.,<br><br>Defendant. | Case No. 0:16-cv-03348-PJS-LIB<br><br>**PROPOSED ORDER ON POLARIS INDUSTRIES INC.'S MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER TO SET DEADLINES FOR CERTIFICATION DISCOVERY AND MOTIONS AND TO LIMIT INITIAL DISCOVERY TO CERTIFICATION ISSUES** |

This case is before the Court on Defendant Polaris Industries Inc.'s Motion to Amend the Pretrial Scheduling Order to Set Deadlines for Certification Discovery and Motions and to Limit Initial Discovery to Certification Issues (Docket No. 76).

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The parties shall meet and confer in an effort to agree on a proposed schedule for completing class-certification discovery and class-certification motions. From the date of this Order, no further merits discovery shall be conducted pending rulings on the parties' class-certification motions.

DATED: _____, 2017
at Minneapolis, Minnesota.

_____
LEO I. BRISBOIS
United States Magistrate Judge