# EXHIBIT 16



# Service Advisory

Division: ATV
Article: ASA-17-01D
Date: July 21, 2017

Published for Polaris Dealerships, Distributors, and Service Technicians

EXPIRATION DATE: December 31, 2018

## SUBJECT:
2016 – 2017 Sportsman 570 Touring / X2 / UTE Optional RH Side Panel Close Off Kit

## PURPOSE:
Polaris has released an optional Service Advisory ASA-17-01D for a right hand side panel close off kit that may improve a customer's riding experience under certain riding conditions. This kit specifically addresses use scenarios where riders have experienced discomfort from heat emanating from the engine compartment into the right side foot well area while operating or towing at slow speeds, even when wearing appropriate riding gear.

NOTE: This Service Advisory is not a required update. Coverage is optional and should only be offered to customers that experience discomforting engine and exhaust heat emanating into the right hand foot well area while driving or towing at slow speeds. Appropriate riding gear is required (over the ankle boots and pants). Dealers should evaluate each situation independently and are free to perform updates to their inventory as a preventative measure and to consumer owned units, if requested.

*Polaris reserves the right to expire this Service Advisory prior to the published expiration date for any reason. This Service Advisory for goodwill coverage is separate from, and does not alter or otherwise affect the terms of any existing warranty.*

This Service Advisory provides goodwill parts and labor coverage until December 31, 2018 for riders that have experienced discomfort due to heat from the RH side panel / foot well area.

## CUSTOMER NOTIFICATION:
No immediate action is required on your part as Polaris will mailing notification letters to all registered owners of affected vehicles as update kits become available. If a consumer contacts you with a concern, please order the appropriate kit, schedule the repair, complete the work and file the claim.

Again, as noted, because this is an optional goodwill offer, we are leaving the choice to update vehicles up to dealer and/or consumer discretion. Dealers are free to perform updates to their inventory and to consumer units, if requested.

## UPDATE KIT OVERVIEW:
Polaris has developed seven update kits to support this Service Advisory. Each update kit is specifically designed and tested for a specified group of models / model years. Please reference the Service Advisory Affected Models and Warranty Claim / Parts tables beginning on page two to determine update kit model use and applicable warranty / parts details.

## REPAIR INFORMATION / INSTRUCTIONS:
Printed instructions are not included in the kits. Refer to the kit instructions online by going to Service and Warranty → Kit Instructions Lookup on your dealer website.

## OVERALL PROGRAM START/END DATES:
Subject to early expiration by Polaris in its sole discretion and for any reason, Service Advisory ASA-17-01D begins on July 21, 2017 and expires on December 31, 2018.

The information contained within this Service Advisory is confidential ', tected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 1 of 3)

# SERVICE ADVISORY ASA-17-01D AFFECTED MODELS:

| Model Years | Model Numbers | Model Descriptions |
|---|---|---|
| 2016 - 2017 | A16SDA57A1 / L2 / N2, A16SDE57A2 / N2<br>A16SDS57C2, A16SJE57AB, A16SUE57F1<br>A16SUH57N6, A16SUS57C1, A16SWE57A1 / A7<br>A17S6A57A1, A17S6E57A1, A17S6S57C1 / CM<br>A17SDA57A1 / L2 / N2, A17SDE57A2 / N2<br>A17SDS57C2 / E2, A17SJE57AU, A17SUH57N5<br>A17SWE57A1 / N1, A17SWS57C1 / C2 | All non-EU Quadricycle MY16 - 17 Sportsman 450HO / 570 Touring / X2 / UTE |

## ASA-17-01D WARRANTY CLAIM / PARTS INFORMATION:

| 2016 - 2017 Sportsman 570 Touring / X2 / UTE (excluding EU Quadricycles) | |
|---|---|
| SERVICE ADVISORY # | ASA-17-01D |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.5 Hr. (30 minutes) |
| PART NUMBER / DESCRIPTION | 2207446 - K-CLOSE OFF,TRG,MY16-17 |
| PARTS AVAILABILITY | Expected limited availability in-stock date of August 21, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928665 |

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 2 of 3)

CONFIDENTIAL, PROTECTED BY COURT ORDER         POL_SPT_RJ_00000109.0002

**CUSTOMER NOTIFICATION LETTER EXAMPLE:**
**NOTE: Polaris will only mail customer notification letters as repair kits become available.**


VIN:

FIRST NAME, LAST NAME
ADDRESS
CITY, ST, ZIP

RE: SERVICE ADVISORY ASA-17-01D


Dear FIRST NAME,

At Polaris, we're committed to customer satisfaction and providing world class products for riders to enjoy or get the job done. Therefore, Polaris has released optional Service Advisory ASA-17-01D that may improve your riding experience under certain riding conditions. This kit specifically addresses use scenarios where riders have experienced discomfort from heat emanating from the engine compartment into the right side foot well area while operating or towing at slow speeds, even when wearing appropriate riding gear.

**RIDER EXPERIENCE:** Some riders may experience discomforting from engine and exhaust heat emanating into the right hand foot well area while operating the vehicle or towing at slow speeds, even when wearing appropriate riding gear (over the ankle boots and pants).

**SOLUTION:** Polaris has developed an optional Right Hand Side Panel Close Off Kit that will redirect a portion of the heat produced by the engine and exhaust away from the right hand foot well area.

**WHAT YOU NEED TO DO:** Determine if your vehicle should have the Service Advisory performed. No action is required if you have not experienced discomforting heat in the right hand foot well area. However, if your riding style meets the conditions described above please contact your local Polaris dealer and schedule an appointment to have this Service Advisory performed on your vehicle. The installation of this kit typically takes less than 60 minutes to perform depending on your vehicle's configuration and your dealer's schedule and is available at no cost to you until expiration on December 31, 2018.

This notice was mailed to you according to our most current registration information. If you no longer own this vehicle, or if some of the contact information in this notice is incorrect, please contact your local Polaris dealer to complete a transfer of ownership, or update your registration.

While your Polaris dealer is in the best position to answer your questions, if you have any questions your dealer cannot address, you may call our Customer Service Department at: 1-800-POLARIS (765-2747). If you need assistance contacting or locating a Polaris Dealer, please call 1-800-POLARIS or visit the Polaris web site at www.polaris.com.

Again, we are committed to customer satisfaction and providing world class products. If you are interested in this update, or have any questions, please contact your dealer to discuss the update further, parts availability, their service schedule, and how long they will need to keep your vehicle to complete the work. If you have any questions, please do not hesitate to contact your dealer or us directly to learn more.

Sincerely,

**Polaris Off-Road Vehicles**

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 3 of 3)

CONFIDENTIAL, PROTECTED BY COURT ORDER                                                                              POL_SPT_RJ_00000109.0003

# 2016–2017 SPORTSMAN 570 TOURING, X2, 6X6, AND UTE HEAT MANAGEMENT KIT



## P/N 2207446

### APPLICATION

2016–2017 Sportsman 570 Touring, X2, 6x6, and UTE Models

### BEFORE YOU BEGIN

Read these instructions and check to be sure all parts and tools are accounted for. If you are working with a printed copy please ensure you have the latest version.

### KIT CONTENTS



| REF | QTY | PART DESCRIPTION | PART NUMBER |
|---|---|---|---|
| 1 | 3 | Screws | 7517386 |
| 2 | 1 | ASM - Shield, Airbox | 2636957 |
| 2 | 1 | Panel Access- RH | 2637041–070 |
| 3 | 1 | ASM - Close Off/Shield, RH, Basic | 2636956–070 |
| – | 1 | Kit Instruction Card | 9928589 |

Instr 9928665    Rev 01 07/18/2017    Page 1 of 5

## TOOLS REQUIRED

- Safety Glasses
- 3/8 inch (10 mm) socket
- Multi-Function Pliers
- Ratchet

## IMPORTANT

The 2016–2017 Sportsman 570 Touring, X2, 6x6, and UTE Heat Management Kit is exclusively designed for vehicles affected by this Service Advisory. Please read the installation instructions thoroughly before beginning. Installation is easier if the vehicle is clean and free of debris. For your safety, and to ensure a satisfactory installation, perform all installation steps correctly in the sequence shown.

CONFIDENTIAL, PROTECTED BY COURT ORDER                                                POL_SPT_RJ_00000100.0002

## INSTALLATION INSTRUCTIONS

### HEAT SHIELD INSTALLATION

1. Place the vehicle in park. Turn the vehicle off, and remove the key from the ignition.
2. Remove the seat.
3. Remove the two Tuflok rivets ① retaining the rear of the right side panel.



4. Remove the right rear side panel.

⚠ **WARNING**

Allow vehicle to cool before servicing heat shields.

5. If an existing air box shield is present, remove the three 3/8 inch (10 mm) fasteners ② and remove the shield. Discard the old shield.



**NOTE**

The three mounting holes in the new air box shield align with the holes for the old air box shield. If the mounting holes are not present they will need to be drilled for the new heat shield.

6. If the mounting holes are not present, refer to the Service Manual for Rear Cab Removal and remove the Rear Cab. If the mounting holes are present, proceed to step 9.

7. Guide the new heat shield (P/N 2636957) over the exhaust pipe and line up with the edge of the shock tower ③ as shown.



8. Mark the location of the mounting holes ④ in the heat shield with a center punch. Remove the shield and drill the marked mounting holes with a 3/16 inch drill bit.



9. Guide the new heat shield (2636957) over the exhaust pipe and line up with the mounting holes.
10. Install the three self tapping 3/8 inch (10 mm) heat shield retaining bolts ⑤ (P/N 7517386) into the existing holes on the frame. Torque until fully seated.



---

CONFIDENTIAL, PROTECTED BY COURT ORDER                                                    POL_SPT_RJ_00000100.0003

11. Reinstall the Rear Cab per Service Manual Instructions if previously removed.

## SIDE PANEL INSTALLATION

1. Install the access panel (P/N 2630741–070) into the close off panel (P/N 2636956–070) by inserting the tabs into the close off panel as shown.



2. Install the new close off panel ⑥ into the right hand foot well as shown.



3. Align the close off panel tabs to the bottom of the right side panel, and secure them together as shown.



4. Align the right side panel tabs to the front cab, and secure them.

5. Install previously removed Tuflok rivets ⑦ to secure the right side panel to the rear cab.



6. Install the seat and ensure proper fit and finish of all associated panels.

CONFIDENTIAL, PROTECTED BY COURT ORDER

## FEEDBACK FORM

A feedback form has been created for the installer to provide any comments, questions or concerns about the installation instructions. The form is viewable on mobile devices by scanning the QR code or by clicking **HERE** if viewing on a PC.



CONFIDENTIAL, PROTECTED BY COURT ORDER                                POL_SPT_RJ_00000100.0005