# EXHIBIT 17



# Service Advisory

Division: ATV
Article: ASA-17-01E
Date: July 21, 2017

Published for Polaris Dealerships, Distributors, and Service Technicians

EXPIRATION DATE: December 31, 2018

## SUBJECT:
2015 Sportsman 570 EU Quadricycle 1-UP Optional RH Side Panel Close Off Kit

## PURPOSE:
Polaris has released an optional Service Advisory ASA-17-01E for a right hand side panel close off kit that may improve a customer's riding experience under certain riding conditions. This kit specifically addresses use scenarios where riders have experienced discomfort from heat emanating from the engine compartment into the right side foot well area while operating or towing at slow speeds, even when wearing appropriate riding gear.

NOTE: This Service Advisory is not a required update. Coverage is optional and should only be offered to customers that experience discomforting engine and exhaust heat emanating into the right hand foot well area while driving or towing at slow speeds. Appropriate riding gear is required (over the ankle boots and pants). Dealers should evaluate each situation independently and are free to perform updates to their inventory as a preventative measure and to consumer owned units, if requested.

*Polaris reserves the right to expire this Service Advisory prior to the published expiration date for any reason. This Service Advisory for goodwill coverage is separate from, and does not alter or otherwise affect the terms of any existing warranty.*

This Service Advisory provides goodwill parts and labor coverage until December 31, 2018 for riders that have experienced discomfort due to heat from the RH side panel / foot well area.

## UPDATE KIT OVERVIEW:
Polaris has developed seven update kits to support this Service Advisory. Each update kit is specifically designed and tested for a specified group of models / model years. Please reference the Service Advisory Affected Models and Warranty Claim / Parts tables beginning on page two to determine update kit model use and applicable warranty / parts details.

## REPAIR INFORMATION / INSTRUCTIONS:
Printed instructions are not included in the kits. Refer to the kit instructions online by going to Service and Warranty → Kit Instructions Lookup on your dealer website.

## OVERALL PROGRAM START/END DATES:
Subject to early expiration by Polaris in its sole discretion and for any reason, Service Advisory ASA-17-01E begins on July 21, 2017 and expires on December 31, 2018.

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 1 of 2)

CONFIDENTIAL, PROTECTED BY COURT ORDER

POL_SPT_RJ_00000110.0001

# SERVICE ADVISORY ASA-17-01E AFFECTED MODELS:

| Model Year | Model Numbers | Model Descriptions |
|---|---|---|
| 2015 | A15SEB57CA / A15SEB57CJ / A15SEC57CA / A15SEC57CJ / A15SHC57CS | All MY15 Sportsman 570 EU Quadricycle 1-UP |

## ASA-17-01E WARRANTY CLAIM / PARTS INFORMATION:

| 2015 Sportsman 570 EU Quadricycle 1-UP | |
|---|---|
| SERVICE ADVISORY # | ASA-17-01E |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.7 Hr. (42 minutes) |
| PART NUMBER / DESCRIPTION | 2207551 - K-CLOSE OFF,1UP,QUAD,MY15 |
| PARTS AVAILABILITY | Expected limited availability in-stock date of August 21, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928687 |

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 2 of 2)

# 2014-2015 SPORTSMAN 570 1–UP, EU QUAD HEAT MANAGEMENT KIT



**P/N 2207551**

## APPLICATION

2014 - 2015 Sportsman 570 1–UP, EU, QUAD Models

## BEFORE YOU BEGIN

Read these instructions and check to be sure all parts and tools are accounted for. If you are working with a printed copy please ensure you have the latest version.

## KIT CONTENTS



| REF | QTY | PART DESCRIPTION | PART NUMBER |
|---|---|---|---|
| 1 | 1 | U-Shaped Retaining Bracket | 5260686-329 |
| 2 | 2 | Tuflok Rivets | 7661855 |
| 3 | 3 | Pop Rivets | 7621489 |
| 4 | 2 | Fiber Foil Piece (Seat) | 5814271 |
| 5 | 2 | Nylon Washers | 7556900 |
| 6 | 1 | ASM - Close Off/Shield, RH, Basic | 2637071-070 |
| 7 | 1 | Panel - Access, RH | 2637041-070 |
| 8 | 1 | Foil- Fuel Tank | 5814270 |
| – | 1 | Kit Instruction Card | 9928590 |

Instr 9928662    Rev 01 07/18/2017    Page 1 of 6

CONFIDENTIAL, PROTECTED BY COURT ORDER                                                                                  POL_SPT_RJ_00000101.0001

## TOOLS REQUIRED

- Safety Glasses
- Drill
- Drill Bit: 3/16 inch
- Propane Torch
- Multi-Function Pliers
- Rivet Gun

## IMPORTANT

The 2014-2015 Sportsman 570 1-UP, EU QUAD Heat Management Kit is exclusively designed for vehicles affected by this Service Advisory. Please read the installation instructions thoroughly before beginning. Installation is easier if the vehicle is clean and free of debris. For your safety, and to ensure a satisfactory installation, perform all installation steps correctly in the sequence shown.

CONFIDENTIAL, PROTECTED BY COURT ORDER                                                                                                                   POL_SPT_RJ_00000101.0002

## INSTALLATION INSTRUCTIONS

### SEAT FOIL INSTALLATION

1. Place the vehicle in park. Turn the vehicle off, and remove the key from the ignition.
2. Remove the seat.
3. Remove the rectangular seat base bumper ① on the right hand side of the seat (over the exhaust).



4. Ensure the mounting boss is clean and free of debris. Using a propane torch, lightly heat the outside of the rectangular mounting boss ②. This will aid in foil adhesion.



5. Remove the backing of the fiber foil piece.
6. Align the foil holes with the holes in the seat base, and form it around the bumper mounting boss.

7. Re-install the rectangular bumper over the foil as shown in the figure.



8. Line up the U-bracket ③ (P/N 5260686–329) by centering it on the forward most mounting bosses of the seat as shown in the figure.



9. Mark the three bracket holes ④ on the seat base.



10. Using a 3/16" drill bit, drill through the seat base in the marked locations.

| CAUTION |
|---|
| Only drill through the seat base. Drilling farther than the seat base may cause damage to the seat. |

---

**Instr 9928662    Rev 01 07/18/2017    Page 3 of 6**

CONFIDENTIAL, PROTECTED BY COURT ORDER                                                         POL_SPT_RJ_00000101.0003

11. Use the newly drilled holes to rivet the bracket to the seat base using the 3/16" pop rivets (7621489) included in the kit.
12. Remove the two Tuflok rivets ⑥ from the right hand mounting tabs of the rear cab (located over the exhaust).

> ⚠ **WARNING**
> Do not drop Tuflok rivets in exhaust or engine bay.

13. Insert the nylon washers ⑤ (P/N 7556900) underneath the mounting tabs, lining up with the holes.



14. Install the new Tuflok rivets with the washers installed between the frame and cab.

> **NOTE**
> The Tuflok rivets may be more difficult to install with the washers present.

## FUEL TANK FOIL INSTALLATION

1. Remove the two Tuflok rivets ⑦ securing the rear of the right side panel, and disengage the panel's front tabs from the cab. Repeat procedure on left side.



2. Inspect the fuel tank for an existing fuel tank foil. If a foil is already present, remove the old foil.

3. Wash the back side and bottom of the fuel tank with soap and water, then rinse well. Use a cleaning solvent to remove further contaminants.
4. Before removing the backing of the new foil, test fit the foil to the tank as shown below to ensure the correct orientation and to ensure the full contact area is cleaned.



> ⚠ **CAUTION**
> Do not flame treat the fuel tank.

5. Align the top of the foil ⑧ with the inscribed line ⑦ on the bottom side of the fuel tank tabs. Fold the foil into the fuel tank in the areas shown below.

> **NOTE**
> Fuel tank removed for purposes of clarity.



---

6. Start at the top ⑧ and remove the backing of the foil about an inch to enable positioning the foil. Slowly work down the tank, removing the backing of the foil and pressing the foil to the tank.



## CLOSE OFF PANEL INSTALLATION

1. Install the access panel (P/N 2630741–070) into the close off panel (P/N 2637071–070) by inserting the tabs into the close off panel as shown.



**NOTE**

Side panels for EU QUAD vehicles will feature a dented shield to accommodate the Exhaust Catalytic Converter.

2. Install the new close off panel ⑨ onto the right hand foot well as shown.



3. Align the side panel grooves with the front cab and slide the side panel down into the grooves of the close off panel.



4. Ensure the side panel grooves are aligned with the front cab and close off panel.

5. Install previously removed Tuflok rivets ⑩ to secure the right side panel to the rear cab. Repeat procedure for left side.



6. Install the seat and ensure proper fit and finish of all associated panels.

## FEEDBACK FORM

A feedback form has been created for the installer to provide any comments, questions or concerns about the installation instructions. The form is viewable on mobile devices by scanning the QR code or by clicking **HERE** if viewing on a PC.



## FEEDBACK FORM

Instr 9928662    Rev 01 07/18/2017    Page 6 of 6

CONFIDENTIAL, PROTECTED BY COURT ORDER

POL_SPT_RJ_00000101.0006