# EXHIBIT 18



# Service Advisory

**Division:** ATV
**Article:** ASA-17-01F
**Date:** July 21, 2017

Published for Polaris Dealerships, Distributors, and Service Technicians

**EXPIRATION DATE:** December 31, 2018

## SUBJECT:
2016 Sportsman 570 EU Quadricycle 1-UP Optional RH Side Panel Close Off Kit

## PURPOSE:
Polaris has released an optional Service Advisory ASA-17-01F for a right hand side panel close off kit that may improve a customer's riding experience under certain riding conditions. This kit specifically addresses use scenarios where riders have experienced discomfort from heat emanating from the engine compartment into the right side foot well area while operating or towing at slow speeds, even when wearing appropriate riding gear.

NOTE: This Service Advisory is not a required update. Coverage is optional and should only be offered to customers that experience discomforting engine and exhaust heat emanating into the right hand foot well area while driving or towing at slow speeds. Appropriate riding gear is required (over the ankle boots and pants). Dealers should evaluate each situation independently and are free to perform updates to their inventory as a preventative measure and to consumer owned units, if requested.

*Polaris reserves the right to expire this Service Advisory prior to the published expiration date for any reason. This Service Advisory for goodwill coverage is separate from, and does not alter or otherwise affect the terms of any existing warranty.*

This Service Advisory provides goodwill parts and labor coverage until December 31, 2018 for riders that have experienced discomfort due to heat from the RH side panel / foot well area.

## UPDATE KIT OVERVIEW:
Polaris has developed seven update kits to support this Service Advisory. Each update kit is specifically designed and tested for a specified group of models / model years. Please reference the Service Advisory Affected Models and Warranty Claim / Parts tables beginning on page two to determine update kit model use and applicable warranty / parts details.

## REPAIR INFORMATION / INSTRUCTIONS:
Printed instructions are not included in the kits. Refer to the kit instructions online by going to Service and Warranty → Kit Instructions Lookup on your dealer website.

## OVERALL PROGRAM START/END DATES:
Subject to early expiration by Polaris in its sole discretion and for any reason, Service Advisory ASA-17-01F begins on July 21, 2017 and expires on December 31, 2018.

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 1 of 2)

# SERVICE ADVISORY ASA-17-01F AFFECTED MODELS:

| Model Year | Model Numbers | Model Descriptions |
|---|---|---|
| 2016 | A16SBB57C1 / A16SEB57C1 / A16SEB57C2 / A16SEC57C1 A16SEC57C2 / A16SEC57CL / A16SHC57CM | All MY16 Sportsman 570 EU QUAD 1-UP |

## ASA-17-01F WARRANTY CLAIM / PARTS INFORMATION:

| 2016 EU Quadricycle 1-UP | |
|---|---|
| SERVICE ADVISORY # | ASA-17-01F |
| CLAIM TYPE | SA (Service Advisory) |
| LABOR ALLOWANCE | 0.5 Hr. (30 minutes) |
| PART NUMBER / DESCRIPTION | 2207552 - K-CLOSE OFF,1UP,QUAD,MY16 |
| PARTS AVAILABILITY | Expected limited availability in-stock date of August 21, 2017 |
| KIT INSTRUCTION PART NUMBER | 9928688 |

The information contained within this Service Advisory is confidential and protected by U.S. and international copyright laws, and is the property of Polaris Sales Inc. This Service Advisory is provided for the sole use of authorized Polaris dealers and distributors. This Service Advisory is not to be distributed, duplicated, or copied, digitally or otherwise, without the written consent of Polaris Sales Inc.
© 2017 Polaris Sales Inc. (Page 2 of 2)

CONFIDENTIAL, PROTECTED BY COURT ORDER                              POL_SPT_RJ_00000111.0002

# 2016–2017 SPORTSMAN 450/570 1–UP, EU QUAD HEAT MANAGEMENT KIT



## P/N 2207552

### APPLICATION
2016–2017 Sportsman 450/570 1–UP, EU QUAD Models

### BEFORE YOU BEGIN
Read these instructions and check to be sure all parts and tools are accounted for. If you are working with a printed copy please ensure you have the latest version.

### KIT CONTENTS



| REF | QTY | PART DESCRIPTION | PART NUMBER |
|---|---|---|---|
| 1 | 3 | Screws | 7517386 |
| 2 | 1 | ASM - Shield, Airbox | 2636957 |
| 3 | 1 | Panel Access- RH | 2637041–070 |
| 4 | 1 | ASM - Close Off/Shield, RH, Basic | 2636071–070 |
| – | 1 | Kit Instruction Card | 9928590 |

CONFIDENTIAL, PROTECTED BY COURT ORDER                                       POL_SPT_RJ_00000102.0001

## TOOLS REQUIRED

- Safety Glasses
- 3/8 inch socket (10 mm)
- Multi-Function Pliers
- Ratchet

## IMPORTANT

The 2016-2017 Sportsman 450/570 1-UP, EU QUAD Heat Management Kit is exclusively designed for the vehicles affected by this Service Advisory. Please read the installation instructions thoroughly before beginning. Installation is easier if the vehicle is clean and free of debris. For your safety, and to ensure a satisfactory installation, perform all installation steps correctly in the sequence shown.

CONFIDENTIAL, PROTECTED BY COURT ORDER                                                                          POL_SPT_RJ_00000102.0002

## INSTALLATION INSTRUCTIONS

### HEAT SHIELD INSTALLATION

1. Place the vehicle in park. Turn the vehicle off, and remove the key from the ignition.
2. Remove the seat.
3. Remove the two Tuflok rivets ① retaining the rear of the right side panel.



4. Remove the right rear side panel.

| ⚠ WARNING |
|---|
| Allow vehicle to cool before servicing heat shields. |

5. If an existing air box shield is present, remove the three 3/8 inch (10 mm) fasteners ② and remove the shield. Discard the old shield.



| NOTE |
|---|
| The three mounting holes in the new air box shield align with the holes for the old air box shield. If the mounting holes are not present they will need to be drilled for the new heat shield. |

6. If the mounting holes are not present, refer to the Service Manual for Rear Cab removal and remove the Rear Cab. If the mounting holes are present, proceed to step 9.

7. Guide the new heat shield (P/N 2636957) over the exhaust pipe and line up with the edge of the shock tower ③ as shown.



8. Mark the location of the mounting holes ④ in the heat shield with a center punch. Remove the shield and drill the marked mounting holes with a 3/16 inch drill bit.



9. Guide the new heat shield (2636957) over the exhaust pipe and line up with the mounting holes.
10. Install the three self tapping 3/8 inch (10 mm) heat shield retaining bolts ⑤ (P/N 7517386) into the mounting holes on the frame. Torque until fully seated.



---

11. Reinstall the Rear Cab per Service Manual Instructions if previously removed.

## SIDE PANEL INSTALLATION

1. Install the access panel (P/N 2637041–070) into the close off panel (P/N 2636071–070) by inserting the tabs into the close off panel as shown.



**NOTE**

Side panels for EU QUAD vehicles will feature a dented shield to accommodate the Exhaust Catalytic Converter.

2. Install the new assembled close off panel ⑥ into the right hand foot well as shown.



3. Align the side panel grooves with the front cab and slide the side panel down into the grooves of the close off panel.



4. Ensure the side panel grooves are aligned with the front cab and close off panel.

5. Install previously removed Tuflok rivets ⑦ to secure the right side panel to the rear cab.



6. Install the seat and ensure proper fit and finish of all associated panels.

CONFIDENTIAL, PROTECTED BY COURT ORDER

POL_SPT_RJ_00000102.0004

## FEEDBACK FORM

A feedback form has been created for the installer to provide any comments, questions or concerns about the installation instructions. The form is viewable on mobile devices by scanning the QR code or by clicking **HERE** if viewing on a PC.



Instr 9928664    Rev 01 07/18/2017    Page 5 of 5

CONFIDENTIAL, PROTECTED BY COURT ORDER                                POL_SPT_RJ_00000102.0005