## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RILEY JOHANNESSOHN, DANIEL C. BADILLA, JAMES KELLEY, RONALD KRANS, KEVIN R. WONDERS, WILLIAM BATES, JAMES PINION, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>POLARIS INDUSTRIES INC.,<br><br>　　　　Defendant. | Case No. 0:16-cv-03348-PJS-LIB<br><br>**STATEMENT REGARDING EXHIBITS FILED UNDER SEAL** |

　　　　Defendant Polaris Industries Inc. states that Exhibits 13-19 to Polaris's Motion to Amend the Pretrial Scheduling order to Set Deadlines for Certification Discovery and Motions and to Limit Initial Discovery to Certification Issues (Docket No. 76) were filed under seal and without redactions.  These exhibits cannot be redacted because they are confidential in their entirety.

Date: December 5, 2017.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/Nathan J. Marcusen
　　　　　　　　　　　　　　　　　　Paul G. Cereghini (pro hac vice)
　　　　　　　　　　　　　　　　　　BOWMAN AND BROOKE LLP
　　　　　　　　　　　　　　　　　　2901 North Central Avenue, Suite 1600
　　　　　　　　　　　　　　　　　　Phoenix, AZ  85012
　　　　　　　　　　　　　　　　　　Telephone:  (602) 643-2300
　　　　　　　　　　　　　　　　　　Fax:  (602) 248-0947
　　　　　　　　　　　　　　　　　　paul.cereghini@bowmanandbrooke.com

Mary T. Novacheck (#0184792)
Nathan J. Marcusen (#0386875)
Isaac W. Messmore (#0393276)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN  55402
Telephone:  (612) 339-8682
Fax:  (612) 672-3200
nathan.marcusen@bowmanandbrooke.com
ike.messmore@bowmanandbrooke.com

Robert L. Wise (pro hac vice)
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA  23219
Telephone:  (804) 649-8200
Fax:  (804) 649-1762
rob.wise@bowmanandbrooke.com

***Attorneys for Defendant***