# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RILEY JOHANNESSOHN, DANIEL C. BADILLA, JAMES KELLEY, RONALD KRANS, KEVIN R. WONDERS, WILLIAM BATES, JAMES PINION, individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br> v.<br><br>POLARIS INDUSTRIES INC.,<br><br>       Defendant. | Case No.: 0:16-cv-03348-PJS-LIB |

## INDEX TO EXHIBITS TO POLARIS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

| | |
|---|---|
| Exhibit 1 | June 14, 2018 Email Exchange |
| Exhibit 2 | June 29, 2018 Email exchange |
| Exhibit 3 | June 25, 2018 Letter from E. Kafka to Polaris |
| Exhibit 4 | List of Employees with Descriptions (filed under seal) |
| Exhibit 5 | Excerpt of June 5, 2018 privilege log with categories |
| Exhibit 6 | June 15, 2018 letter from A. Pixton to Plaintiffs |
| Exhibit 7 | August 7, 2014 Letter from CPSC to Polaris (filed under seal) |
| Exhibit 8 | Excerpts from Deposition of Nathan Dahl (filed under seal) |
| Exhibit 9 | Excerpts from Deposition of Robin Stroot (filed under seal) |