**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RILEY JOHANNESSOHN, DANIEL C. BADILLA, JAMES KELLEY, RONALD KRANS, KEVIN R. WONDERS, WILLIAM BATES, JAMES PINION, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> POLARIS INDUSTRIES INC., <br><br> Defendant. | Case No. 0:16-cv-03348-PJS-LIB <br><br> **POLARIS INDUSTRIES INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

# EXHIBIT 4

# FILED UNDER SEAL