**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RILEY JOHANNESSOHN, DANIEL C. BADILLA, JAMES KELLEY, RONALD KRANS, KEVIN R. WONDERS, WILLIAM BATES, JAMES PINION, individually and on behalf of others similarly situated, | Case No. 0:16-cv-03348-PJS-LIB |
| Plaintiffs, | |
| v. | **POLARIS INDUSTRIES INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |
| POLARIS INDUSTRIES INC., | |
| Defendant. | |

# EXHIBIT 5

**EXHIBIT E: Excerpt of June 5, 2018 First Amended Privilege Log of Defendant Polaris Industries Inc.**
**Johannessohn v. Polaris, Case No. 16-cv-03348**

| New Priv Bates | Attachment | Custodian | File Type | Parent Date | Email From | Email To | Email CC | Basis of Privilege Claim | Description of Privileged Material | Privilege Category |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00031 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/18/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel and work product created at the direction of counsel related to Sportsman thermal management. | 3 |
| PRIV2_00036 | Parent | Bigot, Ryan | Microsoft Outlook Note | 11/19/2015 | Ryan Bigot <ryan.bigot@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com>; David Longren <david.longren@polaris.com> | Jeffrey Eyres <jeff.eyres@polaris.com>; Roger Hapka <roger.hapka@polaris.com>; Don Frost <donald.frost@polaris.com>; Michael Trihey <mike.trihey@polaris.com>; Cory Knudtson <cory.knudtson@polaris.com>; "David Goulet (david.goulet@polaris.com)" <david.goulet@polaris.com> | Attorney-Client Privilege | This email attaches draft documents provided to counsel for the purpose of obtaining legal advice related to the CPSC investigation re Sportsman heat management. | 1 |
| PRIV2_00037 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/19/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel related to a CPSC investigation. | 3 |
| PRIV2_00038 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/19/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00039 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/19/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00040 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/19/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00041 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/19/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00042 | Parent | Bigot, Ryan | Microsoft Outlook Note | 11/19/2015 | David Longren <david.longren@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | | Attorney-Client Privilege | This email forwards draft materials compiled at direction of counsel in response to CPSC inquiries and reflects a request for legal advice regarding same. | 3 |
| PRIV2_00043 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/19/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of counsel related to a CPSC investigation. | 3 |
| PRIV2_00044 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/19/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice related to a CPSC investigation. | 3 (embedded object) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRIV2_00045 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/19/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00046 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/19/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00047 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/19/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00048 | Parent | Bigot, Ryan | Microsoft Outlook Note | 11/20/2015 | Don Frost <donald.frost@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | Attorney-Client Privilege | This email reflects a request for legal advice and attaches draft materials created at the direction of counsel provided to assist in rendering legal advice. | 2 |
| PRIV2_00049 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/20/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel related to a CPSC investigation. | 3 |
| PRIV2_00050 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/20/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet reflects legal advice of in-house counsel related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00051 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/20/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet reflects legal advice of in-house counsel related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00052 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/20/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet reflects legal advice of in-house counsel related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00053 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/20/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet reflects legal advice of in-house counsel related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00055 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/20/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel and work product created at the direction of counsel related to a CPSC investigation. | 3 |
| PRIV2_00060 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/20/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation conveys legal advice of in-house counsel and contains work product created at the direction of counsel related to a CPSC investigation. | 3 |
| PRIV2_00065 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/20/2015 | | | Attorney Work Product; Attorney-Client Privilege | This draft slide deck contains legal advice of in-house counsel and reveals work product compiled at the direction of counsel related to a CPSC investigation. | 3 |
| PRIV2_00070 | Parent | Bigot, Ryan | Microsoft Outlook Note | 11/20/2015 | Cory Knudtson <cory.knudtson@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | Attorney-Client Privilege | This email attaches draft documents provided to in-house counsel for the purposes of obtaining legal advice and reflects legal advice provided by counsel related to a CPSC investigation. | 2 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00071 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/20/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation contains information provided to counsel for the purpose of obtaining legal advice and work product created at the request of counsel related to a CPSC investigation. | 3 |
| PRIV2_00072 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/20/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice and work product created at the request of counsel related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00073 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/20/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice and work product created at the request of counsel related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00074 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/20/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice and work product created at the request of counsel related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00075 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 11/20/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet contains information provided to counsel for the purpose of obtaining legal advice and work product created at the request of counsel related to a CPSC investigation. | 3 (embedded object) |
| PRIV2_00077 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/21/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation contains information provided to counsel for the purpose of obtaining legal advice and work product created at the request of counsel related to a presentation for CPSC re Sportsman heat management. | 3 |
| PRIV2_00082 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/23/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation contains information provided to counsel for the purpose of obtaining legal advice and work product created at the request of counsel related to a presentation for CPSC re Sportsman heat management. | 3 |
| PRIV2_00088 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 11/23/2015 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation contains information provided to counsel for the purpose of obtaining legal advice and work product created at the request of counsel related to a presentation for CPSC requests. | 3 |

| PRIV2_00118 | Parent | Bigot, Ryan | Microsoft Outlook Note | 1/1/2016 | Paul Vitrano <paul.vitrano@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | David Longren <david.longren@polaris.com>; Stacy Bogart <stacy.bogart@polaris.com>; David Goulet <david.goulet@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice related to responses to CPSC requests regarding heat management. | 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00119 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 1/1/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 |
| PRIV2_00120 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 1/5/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 |
| PRIV2_00121 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 9/10/2015 | | | | Attorney-Client Privilege | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00122 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 1/4/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00123 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 1/4/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00124 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 1/4/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00125 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 1/4/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00126 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 1/4/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00127 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 1/4/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |

| PRIV2_00139 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/21/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Jeffrey Eyres <jeff.eyres@polaris.com>; Stacy Bogart <stacy.bogart@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email provides information to in-house counsel for the purpose of obtaining legal advice regarding CPSC requests regarding heat management. | 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00148 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/27/2016 | Stacy Bogart <stacy.bogart@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com>; Paul Vitrano <paul.vitrano@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email reveals legal advice of in-house counsel related to CPSC requests regarding post-sales surveillance. | 1 |
| PRIV2_00149 | Attachment | Bigot, Ryan | Portable Document Format | 2/27/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This documents reveals legal advice of in-house counsel related to CPSC requests regarding post-sales surveillance. | 3 |
| PRIV2_00151 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 2/27/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentations reflects legal advice of in-house counsel related to CPSC requests regarding heat management. | 3 |
| PRIV2_00152 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/27/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Jeffrey Eyres <jeff.eyres@polaris.com>; Stacy Bogart <stacy.bogart@polaris.com>; Paul Vitrano <paul.vitrano@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |
| PRIV2_00154 | Parent | Bigot, Ryan | Portable Document Format | 2/28/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This document reflects legal advice of in-house counsel related to CPSC requests regarding heat management. | 3 |
| PRIV2_00155 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com>; Roger Hapka <roger.hapka@polaris.com>; Cory Knudtson <cory.knudtson@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com>; Ken Pucel <ken.pucel@polaris.com> | Steve Kemp <steve.kemp@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |
| PRIV2_00156 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 2/28/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel related to CPSC requests regarding heat management. | 3 |
| PRIV2_00157 | Attachment | Bigot, Ryan | Portable Document Format | 2/28/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This document reflects legal advice of in-house counsel related to CPSC requests regarding heat management. | 3 |
| PRIV2_00158 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com>; Ken Pucel <ken.pucel@polaris.com> | Steve Kemp <steve.kemp@polaris.com>; Roger Hapka <roger.hapka@polaris.com>; Cory Knudtson <cory.knudtson@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00159 | Attachment | Bigot, Ryan | Portable Document Format | 2/28/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This document reflects legal advice of in-house counsel related to CPSC requests regarding heat management. | 3 |
| PRIV2_00161 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com>; Ken Pucel <ken.pucel@polaris.com> | Steve Kemp <steve.kemp@polaris.com>; Roger Hapka <roger.hapka@polaris.com>; Cory Knudtson <cory.knudtson@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |
| PRIV2_00162 | Attachment | Bigot, Ryan | Portable Document Format | 2/28/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This document reflects legal advice of in-house counsel related to CPSC requests regarding heat management. | 3 |
| PRIV2_00164 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Stacy Bogart <stacy.bogart@polaris.com> | Scott Wine <scott.wine@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com>; Ken Pucel <ken.pucel@polaris.com>; Steve Kemp <steve.kemp@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to responses to CPSC requests. | 1 |
| PRIV2_00165 | Attachment | Bigot, Ryan | Portable Document Format | 2/28/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This document reflects legal advice of in-house counsel related to responses to CPSC requests. | 3 |
| PRIV2_00167 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Scott Wine <scott.wine@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com>; Ken Pucel <ken.pucel@polaris.com>; Steve Kemp <steve.kemp@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat issues. | 1 |
| PRIV2_00169 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Paul Vitrano <paul.vitrano@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat issues. | 1 |
| PRIV2_00170 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 2/28/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat issues. | 3 |
| PRIV2_00172 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Paul Vitrano <paul.vitrano@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com>; Stacy Bogart <stacy.bogart@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to responses to CPSC requests regarding types of heat claims. | 1 |
| PRIV2_00175 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com>; Stacy Bogart <stacy.bogart@polaris.com> | Jeffrey Eyres <jeff.eyres@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email requests and contains legal advice of in-house counsel related to responses to CPSC requests regarding fires. | 1 |

| PRIV2_00179 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com>; Ken Pucel <ken.pucel@polaris.com>; Cory Knudtson <cory.knudtson@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com>; Paul Vitrano <paul.vitrano@polaris.com>; Steve Kemp <steve.kemp@polaris.com>; Roger Hapka <roger.hapka@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel and work product conducted at the direction of counsel related to Sportsman heat management. | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PRIV2_00180 | Attachment | Bigot, Ryan | Portable Document Format | 2/28/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel and work conducted at the direction of counsel related to Sportsman heat management. | 3 |
| PRIV2_00181 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com>; Ken Pucel <ken.pucel@polaris.com>; Cory Knudtson <cory.knudtson@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com>; Paul Vitrano <paul.vitrano@polaris.com>; Steve Kemp <steve.kemp@polaris.com>; Roger Hapka <roger.hapka@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel and work conducted at the direction of counsel related to Sportsman heat management. | 1 |
| PRIV2_00182 | Attachment | Bigot, Ryan | Portable Document Format | 2/28/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel and work conducted at the direction of counsel related to Sportsman heat management. | 3 |
| PRIV2_00183 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/28/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Jennifer Carbert <jennifer.carbert@polaris.com>; Stacy Bogart <stacy.bogart@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email provides draft materials for attorney review to assist in rendering legal advice related to CPSC responses. | 3 |
| PRIV2_00190 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 3/3/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00191 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 3/3/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00199 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 3/31/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reveals legal advice of in-house counsel related to CPSC requests regarding the Sportsman 570. | 3 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00224 | Parent | Bigot, Ryan | Microsoft Outlook Note | 5/3/2016 | Jeffrey Eyres <jeff.eyres@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com>; Ryan Bigot <ryan.bigot@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email conveys legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |
| PRIV2_00232 | Parent | Bigot, Ryan | Microsoft Outlook Note | 5/15/2016 | Jeffrey Eyres <jeff.eyres@polaris.com> | Becky Sullwold <becky.sullwold@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice of counsel related to responses to CPSC requests regarding heat management. | 1 |
| PRIV2_00235 | Parent | Bigot, Ryan | Microsoft Outlook Note | 5/15/2016 | Jeffrey Eyres <jeff.eyres@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com>; Paul Vitrano <paul.vitrano@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email conveys legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |
| PRIV2_00236 | Parent | Bigot, Ryan | Microsoft Outlook Note | 5/17/2016 | ryan.bigot@polaris.com | Jeffrey Eyres <jeff.eyres@polaris.com> | John Kastanek <john.kastanek@polaris.com>; Matt Homan <matt.homan@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email communication between Polaris in-house counsel and employees reflects attorney work product and mental impressions, and work conducted at an attorney's direction related to advising Polaris executive management on Sportsman heat management. | 1 |
| PRIV2_00247 | Attachment | Bigot, Ryan | Portable Document Format | 5/25/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This document reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 |
| PRIV2_00250 | Attachment | Bigot, Ryan | Portable Document Format | 5/25/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This document reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 |
| PRIV2_00257 | Parent | Bigot, Ryan | Microsoft Outlook Note | 6/1/2016 | Paul Vitrano <paul.vitrano@polaris.com> | J.R. Burke <jr.burke@polaris.com>; Ryan Bigot <ryan.bigot@polaris.com> | | Attorney-Client Privilege | This email reveals legal advice of in-house counsel related to CPSC requests regarding heat management. | 1 |
| PRIV2_00275 | Parent | Bigot, Ryan | Microsoft Outlook Note | 7/4/2016 | Jeffrey Eyres <jeff.eyres@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com>; Ryan Bigot <ryan.bigot@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email conveys legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |
| PRIV2_00277 | Attachment | Stroot, Rob | Portable Document Format | 7/4/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This document reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 |
| PRIV2_00280 | Attachment | Bigot, Ryan | Portable Document Format | 7/5/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This document reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 |
| PRIV2_00307 | Attachment | Stroot, Rob | Microsoft 2007 PowerPoint Presentation | 7/12/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice and work product created at the direction of counsel related to responses to CPSC requests regarding heat management. | 3 |
| PRIV2_00316 | Parent | Bigot, Ryan | Microsoft Outlook Note | 7/14/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |

| PRIV2_00317 | Parent | Bigot, Ryan | Microsoft Outlook Note | 7/14/2016 | Stacy Bogart <stacy.bogart@polaris.com> | Jeffrey Eyres <jeff.eyres@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com>; Ryan Bigot <ryan.bigot@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00318 | Parent | Bigot, Ryan | Microsoft Outlook Note | 7/14/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com>; Ken Pucel <ken.pucel@polaris.com>; Matt Homan <matt.homan@polaris.com>; "Steve Kemp (steve.kemp@polaris.com)" <steve.kemp@polaris.com>; "Paul Vitrano (Paul.Vitrano@polaris.com)" <paul.vitrano@polaris.com>; "John Kastanek (John.Kastanek@polaris.com)" <john.kastanek@polaris.com>; "David Goulet (david.goulet@polaris.com)" <david.goulet@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com>; Nathan Dahl <nathan.dahl@polaris.com>; Steven Cohoon <steve.cohoon@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to CPSC requests regarding Sportsman heat management. | 1 |
| PRIV2_00365 | Attachment | Stroot, Rob | Microsoft 2007 Word Document | 7/27/2016 | | | | Attorney-Client Privilege | This draft document reveals work product of in-house counsel related to responding to CPSC requests. | 3 |
| PRIV2_00398 | Parent | Bigot, Ryan | Microsoft Outlook Note | 8/14/2016 | Paul Vitrano <paul.vitrano@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | Joel Houlton <joel.houlton@polaris.com> | Attorney-Client Privilege | This email reveals legal advice of in-house counsel related to CPSC requests regarding heat management. | 1 |
| PRIV2_00400 | Parent | Bigot, Ryan | Microsoft Outlook Note | 8/14/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com> | Joel Houlton <joel.houlton@polaris.com> | Attorney-Client Privilege | This email reveals legal advice of in-house counsel related to CPSC requests regarding heat management. | 1 |
| PRIV2_00406 | Parent | Bigot, Ryan | Microsoft Outlook Note | 8/23/2016 | Paul Vitrano <paul.vitrano@polaris.com> | Ken Pucel <ken.pucel@polaris.com>; Stacy Bogart <stacy.bogart@polaris.com>; Steve Kemp <steve.kemp@polaris.com>; David Goulet <david.goulet@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com>; Ryan Bigot <ryan.bigot@polaris.com> | Jeremy Smith <jeremy.smith@polaris.com> | Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to Razor heat management. | 1 |
| PRIV2_00407 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 8/23/2016 | | | | Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel related to Razor heat management. | 3 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRIV2_00408 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/23/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00409 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/23/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00410 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/23/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00411 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/23/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00413 | Parent | Bigot, Ryan | Microsoft Outlook Note | 8/23/2016 | Paul Vitrano <paul.vitrano@polaris.com> | Ken Pucel <ken.pucel@polaris.com>; Stacy Bogart <stacy.bogart@polaris.com>; Steve Kemp <steve.kemp@polaris.com>; David Goulet <david.goulet@polaris.com>; Jeremy Smith <jeremy.smith@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com>; Ryan Bigot <ryan.bigot@polaris.com> | | Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to Razor heat management. | 1 |
| PRIV2_00414 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 8/23/2016 | | | | Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel related to Razor heat management. | 3 |
| PRIV2_00415 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/23/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00416 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/23/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00417 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/23/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00418 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/23/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00420 | Parent | Bigot, Ryan | Microsoft Outlook Note | 8/24/2016 | Ryan Bigot <ryan.bigot@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com>; Jeremy Smith <jeremy.smith@polaris.com> | | Attorney-Client Privilege | This email reflects legal advice of in-house counsel related to Razor heat management. | 1 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00421 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 8/24/2016 | | | | Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel related to Razor heat management. | 3 |
| PRIV2_00423 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/24/2016 | | | | Attorney Work Product | This draft spreadsheet reveals work product and attorney mental impressions related to communicating with Polaris executive management regarding Sportsman thermal management issues. | 3 (embedded object) |
| PRIV2_00424 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/24/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00425 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/24/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice from in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00426 | Parent | Bigot, Ryan | Microsoft Outlook Note | 8/24/2016 | Jeremy Smith <jeremy.smith@polaris.com> | Steve Kemp <steve.kemp@polaris.com>; Paul Vitrano <paul.vitrano@polaris.com>; Ken Pucel <ken.pucel@polaris.com>; Stacy Bogart <stacy.bogart@polaris.com>; David Goulet <david.goulet@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com>; Ryan Bigot <ryan.bigot@polaris.com> | | Attorney-Client Privilege | This email reflects a request for legal advice from in-house counsel related to Razor heat management issues. | 1 |
| PRIV2_00427 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 8/24/2016 | | | | Attorney-Client Privilege | This draft presentation reflects legal advice of in-house counsel related to Razor heat management. | 3 |
| PRIV2_00428 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/24/2016 | | | | Attorney-Client Privilege | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00429 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/24/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00430 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/24/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00431 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/24/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |
| PRIV2_00432 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 8/24/2016 | | | | Attorney Work Product | This draft spreadsheet reflects legal advice of in-house counsel related to responses to CPSC requests regarding heat management. | 3 (embedded object) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00482 | Parent | Bigot, Ryan | Microsoft Outlook Note | 9/26/2016 | Steve Berg <stephen.berg@polaris.com> | Jeffrey Eyres <jeff.eyres@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com>; Paul Vitrano <paul.vitrano@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reveals legal advice of in-house counsel related to CPSC requests regarding heat management. | 1 |
| PRIV2_00483 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 9/26/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft spreadsheet reflects legal advice of counsel related to responses to CPSC requests regarding heat management. | 3 |
| PRIV2_00498 | Attachment | Bigot, Ryan | Microsoft 2007 Excel Spreadsheet | 9/28/2016 | | | | Attorney Work Product | This draft spreadsheet reveals work product and attorney mental impressions related to communicating with Polaris executive management regarding Sportsman thermal management issues. | 3 (embedded object) |
| PRIV2_00547 | Attachment | Stroot, Rob | Microsoft 2007 PowerPoint Presentation | 10/14/2016 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reflects legal advice of counsel related to responses to CPSC requests regarding heat management. | 3 |
| PRIV2_00588 | Parent | Stroot, Rob | Microsoft Outlook Note | 11/10/2016 | Mark Bergstrom <mark.bergstrom@polaris.com> | Rob Stroot <rob.stroot@polaris.com>; Jeffrey Eyres <jeff.eyres@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com>; Ben Dieter <ben.dieter@polaris.com>; Ryan Bigot <ryan.bigot@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email reveals a request for legal advice and work product prepared at the direction of counsel in preparation for litigation. | 1 |
| PRIV2_00706 | Parent | Bigot, Ryan | Microsoft Outlook Note | 1/5/2017 | Rob Stroot <rob.stroot@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com>; David Goulet <david.goulet@polaris.com>; Steve Kemp <steve.kemp@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and requests for legal advice relating to the CPSC investigation of Sportsman thermal management. | 1 |
| PRIV2_00712 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 2/1/2017 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reveals legal advice and is work product created at the direction of counsel concerning the CPSC investigation into Sportsman thermal management. | 3 |
| PRIV2_00739 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/22/2017 | Ryan Bigot <ryan.bigot@polaris.com> | Jeffrey Eyres <jeff.eyres@polaris.com> | Stacy Bogart <stacy.bogart@polaris.com>; Paul Vitrano <paul.vitrano@polaris.com>; Becky Sullwold <becky.sullwold@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and requests for legal advice relating to the CPSC investigation of Sportsman thermal management. | 1 |
| PRIV2_00741 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/22/2017 | ryan.bigot@polaris.com | Jeffrey Eyres <jeff.eyres@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and requests for legal advice relating to the CPSC investigation of Sportsman thermal management. | 1 |
| PRIV2_00742 | Parent | Bigot, Ryan | Microsoft Outlook Note | 2/22/2017 | Jeffrey Eyres <jeff.eyres@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and requests for legal advice relating to the CPSC investigation of Sportsman thermal management. | 1 |

| PRIV2_00748 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 2/28/2017 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reveals legal advice and is work product created at the direction of counsel concerning the CPSC investigation into Sportsman thermal management. (Produced wholly redacted with partially redacted parent email.) | 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00750 | Attachment | Stroot, Rob | Microsoft 2007 PowerPoint Presentation | 2/28/2017 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reveals legal advice and is work product created at the direction of counsel concerning the CPSC investigation into Sportsman thermal management. (Produced wholly redacted with partially redacted parent email.) | 3 |
| PRIV2_00767 | Parent | Bigot, Ryan | Microsoft Outlook Note | 3/8/2017 | Paul Vitrano <paul.vitrano@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and requests for legal advice relating to the CPSC investigation of Sportsman thermal management. | 1 |
| PRIV2_00778 | Parent | Bigot, Ryan | Microsoft Outlook Note | 3/15/2017 | Ryan Bigot <ryan.bigot@polaris.com> | Richard Edwards <richard.edwards@polaris.com> | "Paul Vitrano (Paul.Vitrano@polaris.com)" <paul.vitrano@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email communication reveals legal advice, a request for legal advice and attaches materials drafted at the direction of counsel relating to the CPSC investigation of Sportsman thermal management. | 2 |
| PRIV2_00784 | Parent | Bigot, Ryan | Microsoft Outlook Note | 3/29/2017 | Jennifer Carbert <jennifer.carbert@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | | Attorney-Client Privilege | This email communication provides information necessary to render legal advice and attaches materials drafted at the direction of counsel relating to the CPSC investigation of Sportsman thermal management. | 2 |
| PRIV2_00786 | Parent | Bigot, Ryan | Microsoft Outlook Note | 3/30/2017 | Ryan Bigot <ryan.bigot@polaris.com> | "Steve Berg (Stephen.Berg@polaris.com)" <stephen.berg@polaris.com> | Jennifer Carbert <jennifer.carbert@polaris.com> | Attorney-Client Privilege | This email communication provides information necessary to render legal advice and attaches materials drafted at the direction of counsel relating to the CPSC investigation of Sportsman thermal management. | 2 |
| PRIV2_00788 | Parent | Bigot, Ryan | Microsoft Outlook Note | 3/31/2017 | Ryan Bigot <ryan.bigot@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com> | Jeffrey Eyres <jeff.eyres@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and requests for legal advice relating to the CPSC investigation of Sportsman thermal management. | 1 |
| PRIV2_00789 | Parent | Bigot, Ryan | Microsoft Outlook Note | 3/31/2017 | Ryan Bigot <ryan.bigot@polaris.com> | Paul Vitrano <paul.vitrano@polaris.com> | Jeffrey Eyres <jeff.eyres@polaris.com> | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and requests for legal advice relating to the CPSC investigation of Sportsman thermal management. | 1 |
| PRIV2_00814 | Parent | Bigot, Ryan | Microsoft Outlook Note | 4/21/2017 | Paul Vitrano <paul.vitrano@polaris.com> | Dan Burt <dan.burt@polaris.com>; Ryan Bigot <ryan.bigot@polaris.com> | | Attorney-Client Privilege | This email communication reveals legal advice and is work product created at the direction of counsel concerning the CPSC investigation into Sportsman thermal management. | 1 |
| PRIV2_00815 | Attachment | Bigot, Ryan | Microsoft 2007 PowerPoint Presentation | 4/21/2017 | | | | Attorney Work Product; Attorney-Client Privilege | This draft presentation reveals legal advice and is work product created by counsel concerning the CPSC investigation into Sportsman thermal management. | 3 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIV2_00819 | Parent | Bigot, Ryan | Microsoft Outlook Note | 4/25/2017 | Ryan Bigot <ryan.bigot@polaris.com> | "Paul Vitrano (Paul.Vitrano@polaris.com)" <paul.vitrano@polaris.com> | | Attorney-Client Privilege | This email communication reflects a request for legal advice and attaches materials drafted at the direction of counsel relating to the CPSC investigation of Sportsman thermal management. | 1 |
| PRIV2_00821 | Parent | Bigot, Ryan | Microsoft Outlook Note | 4/27/2017 | Paul Vitrano <paul.vitrano@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and requests for legal advice relating to the CPSC investigation of Sportsman thermal management. | 1 |
| PRIV2_00890 | Parent | Bigot, Ryan | Microsoft Outlook Note | 6/17/2017 | Ryan Bigot <ryan.bigot@polaris.com> | Steve Berg <stephen.berg@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and requests for legal advice relating to the CPSC investigation of Sportsman thermal management. | 2 |
| PRIV2_00943 | Parent | Stroot, Rob | Microsoft Outlook Note | 10/5/2017 | Rob Stroot <rob.stroot@polaris.com> | Steven Cohoon <steve.cohoon@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and attaches materials drafted at the direction of counsel relating to the pending litigation. | 4 |
| PRIV2_00945 | Attachment | Stroot, Rob | Microsoft Word Document | 10/5/2017 | | | | Attorney Work Product; Attorney-Client Privilege | This draft document reveals legal advice and is work product created at the direction of counsel concerning the pending litigation. | 3 |
| PRIV2_00946 | Parent | Stroot, Rob | Microsoft Outlook Note | 10/5/2017 | Rob Stroot <rob.stroot@polaris.com> | David Goulet <david.goulet@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and attaches materials drafted at the direction of counsel relating to the pending litigation. | 4 |
| PRIV2_00949 | Parent | Stroot, Rob | Microsoft Outlook Note | 10/10/2017 | Allyson Laznicka <allyson.laznicka@polaris.com> | Jonathon DeKay <jonathon.dekay@polaris.com> | Rob Stroot <rob.stroot@polaris.com>; Nathan Dahl <nathan.dahl@polaris.com> | Attorney-Client Privilege | This email communication reflects legal advice and attaches a document at direction of counsel related to pending litigation. | 4 |
| PRIV2_00956 | Parent | Kluempke, Neil | Microsoft Outlook Note | 10/18/2017 | Neil Kluempke <neil.kluempke@polaris.com> | Jody Rusch <jody.rusch@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email communication reflects and attaches materials drafted at the direction of counsel relating to pending litigation. | 4 |
| PRIV2_00991 | Parent | Evans, Bryce | Microsoft Outlook Note | 12/14/2017 | Devin Harrington <devin.harrington@polaris.com> | Bryce Evans <bryce.evans@polaris.com>; Jenna Melnick <jenna.melnick@polaris.com>; Dan Burt <dan.burt@polaris.com> | Rob Stroot <rob.stroot@polaris.com>; Steve Sinclair <steven.sinclair@polaris.com> | Attorney Work Product | This email communication reflects legal advice and attaches materials drafted at the direction of counsel relating to pending litigation. | 4 |
| PRIV2_00993 | Parent | Kluempke, Neil | Microsoft Outlook Note | 12/20/2017 | Jody Rusch <jody.rusch@polaris.com> | Neil Kluempke <neil.kluempke@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email communication reflects legal advice and attaches materials drafted at the direction of counsel relating to the pending litigation. | 4 |
| PRIV2_00995 | Parent | Bigot, Ryan | Microsoft Outlook Note | 9/28/2016 | Jeffrey Eyres <jeff.eyres@polaris.com> | Ryan Bigot <ryan.bigot@polaris.com> | | Attorney Work Product; Attorney-Client Privilege | This email conveys legal advice of counsel related to responses to CPSC requests regarding Sportsman heat management. | 1 |