# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | | |
|---|---|---|---|
| Riley Johannessohn, et al., | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Leo I. Brisbois | |
| Plaintiffs, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 16-cv-3348 (PJS/LIB) |
| | ) | Date: | July 13, 2018 |
| Polaris Industries Inc., | ) | Court Reporter: | Digital Recording |
| | ) | Courthouse: | Duluth |
| Defendant. | ) | Courtroom: | 3 |
| | ) | Time Commenced: | 2:26 p.m. |
| | ) | Time Concluded: | 3:28 p.m. |
| | ) | Time in Court: | 1 Hour & 02 Minutes |

APPEARANCES:

Plaintiffs:   Eric A. Kafka and Kate M. Baxter-Kauf
Defendant:   R. Allan Pixton and Wendy Jo Wildung

The following motions will be taken under advisement as of 5:00 p.m. on Monday, July 16, 2018:

    Plaintiffs' Motion to Compel, [Docket No. 158].

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

Notes: As instructed by the Court from the bench, before 5:00 p.m. on Monday, July 16, 2018, Plaintiffs will file on CM/ECF as a Supplemental Exhibit Defendant's Responses to Plaintiff's First set of Requests for Production of Documents, Requests Number 6 and 7. Moreover, if the parties further narrow the scope of the Motion to Compel, [Docket No. 158], they will notify the Court by joint email.

                                                                                s/CS
                                                                        Law Clerk Initials