## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Riley Johannessohn, Daniel C. Badilla, James Kelley, Kevin R. Wonders, William Bates, James Pinion, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Polaris Industries Inc.,<br><br>    Defendant. | Civ. No. 16-cv-3348 (NEB/LIB) |

## DEFENDANT'S MOTION FOR FURTHER CONSIDERATION OF SEALING

Pursuant to Local Rule 5.6(d)(3), Defendant Polaris Industries Inc. hereby respectfully moves the Court for further consideration of the Parties' Joint Motion for Continued Sealing (ECF No. 307). As set out in the Memorandum of Law in Support of Defendant's Motion for Further Consideration of Sealing filed concurrently with this Motion, Defendant seeks an Order granting the Joint Motion as to ECF No. 181 and ordering the continued sealing of ECF No. 181.

US.121725628.01

| | |
|---|---|
| Date: January 25, 2019 | /s/ Wendy J. Wildung |
| | Wendy J. Wildung (MN #117055) |
| | Peter C. Magnuson (MN # 392342) |
| | FAEGRE BAKER DANIELS LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | wendy.wildung@faegrebd.com |
| | peter.magnuson@faegrebd.com |
| | |
| | KIRKLAND & ELLIS LLP |
| | Richard C. Godfrey, P.C. (admitted pro hac vice) |
| | Paul D. Collier (admitted pro hac vice) |
| | R. Allan Pixton (admitted pro hac vice) |
| | 300 N LaSalle St |
| | Chicago, IL 60654 |
| | Telephone: (312) 861-2000 |
| | rgodfrey@kirkland.com |
| | paul.collier@kirkland.com |
| | allan.pixton@kirkland.com |
| | |
| | Counsel for Defendant Polaris Industries Inc. |