# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Riley Johannessohn et al., *individually and on behalf of others similarly situated* | **COURT MINUTES** <br> BEFORE: Nancy E. Brasel <br> U.S. District Judge |
| Plaintiffs, | |
| v. | Case No: 16-cv-3348 NEB/LIB <br> Date: October 23, 2019 <br> Court Reporter: Erin Drost |
| Polaris Industries Inc., | Courthouse: St. Paul <br> Courtroom: 3A |
| Defendant. | Time Commenced: 8:55 a.m. - 11:45 a.m. <br> 12:30 p.m. - 2:05 p.m. <br> 2:20 p.m. - 3:30 p.m <br> Time Concluded: 3:30 p.m. <br> Time in Court: 4 hours and 35 minutes |

APPEARANCES:

Plaintiff: Douglas McNamara, Theodore Leopold, Kate Baxter-Kauf, Eric Kafka and Steven Calamusa

Defendant: Richard Godfrey PC, Andrew Bloomer, Wendy Bloom and Wendy Jo. Wildung

PROCEEDINGS:

The Motion to Certify Class [332], Motion for Summary Judgment [356] and Motion to Exclude Expert Testimony [371] were moved, argued and taken under advisement. Order to follow. Parties were instructed on the Court's preference for any future supplemental authority filings. Parties shall send the Court copies of the PowerPoint presentations used at the hearing today to the chambers e-mailbox or Courtroom Deputy.

Date: October 23, 2019                                                         s/Kristine Wegner
                                                                               Courtroom Deputy to Judge Nancy E. Brasel