UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Riley Johannessohn, Daniel C. Badilla, James Kelley, Kevin R. Wonders, William Bates, James Pinion, | Case No. 16-cv-3348 (WMW/LIB) |
| Plaintiffs, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Polaris Industries, Inc., | |
| Defendant. | |

---

Based upon the notice of voluntary dismissal, (Dkt. 538), and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  September 26, 2023

s/ Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge